UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-21795-CIV-WILLIAMS

FATIMA DEL SOCORRO MARIN JIRON   )
                                 )
              Plaintiff,          )
                                 )
      vs.                         )
                                 )
GAJOVA, INC., D/B/A SUNSET GARDENS )
III, JOGAVA, INC. D/B/A SUNSET    )
GARDENS II, JORGE ENRIQUE VALLE   )
                                 )
              Defendants.         )

### PLAINTIFF'S STATEMENT OF CLAIM

Comes Now Plaintiff, by and through undersigned counsel, pursuant to the Court's Order [D.E. 5] and hereby files Plaintiff's Statement of Claim:

1. Period of employment: July 12, 2008 through May 8, 2013: 251 weeks.

2. Period of claim:  July 12, 2008 through May 8, 2013: 251 weeks.

### Period One:

3. Period: July 12, 2008 through December 31, 2008: 24 weeks.

4. Florida Minimum Wage: $6.79/hr

5. Rate Paid: $3.18/hr.

6. Hours worked on average per a week: 132

7. Minimum Wages owed: $3.61 X 132 X 24 weeks = **$11,436.48.**

8. Overtime wages owed:  $3.39 X 92 X 24 weeks = **$7,485.12.**

### Period Two:

1. Period: January 1, 2009 through July 23, 2009: 29 weeks.

2. Florida Minimum Wage: $7.21/hr

3. Rate Paid: $3.18/hr.

4. Hours worked on average per a week: 132

5. Minimum Wages owed: $4.03 X 132 X 29 weeks = **$15,426.84**

6. Overtime wages owed: $3.60 X 92 X 29 weeks = **$9,604.80.**

**Period Three:**

1. Period: July 24, 2009 through May 31, 2011: 96 weeks.

2. Florida/Federal Minimum Wage: $7.25/hr

3. Rate Paid: $3.18/hr.

4. Hours worked on average per a week: 132

5. Minimum Wages owed: $4.07 X 132 X 96 weeks = **$51,575.04**

6. Overtime wages owed: $3.62 X 92 X 96 weeks = **$31,971.84.**

**Period Four:**

1. Period: June 1, 2011 through December 31, 2011: 30 weeks.

2. Florida Minimum Wage: $7.31/hr

3. Rate Paid: $3.18/hr.

4. Hours worked on average per a week: 132

5. Minimum Wages owed: $4.13 X 132 X 30 weeks = **$16,354.80.**

6. Overtime wages owed: $3.65 X 92 X 30 weeks = **$10,074.**

**Period Five:**

1. Period: January 1, 2012 through December 31, 2012: 52 weeks.

2. Florida Minimum Wage: $7.67/hr

3. Rate Paid: $3.18/hr.

4. Hours worked on average per a week: 132

5. Minimum Wages owed: $4.49 X 132 X 52 weeks = **$30,819.36**

6. Overtime wages owed: $3.83 X 92 X 52 weeks = **$18,322.72.**

**Period Six:**

1. Period: January 1, 2013 through May 8, 2013: 18 weeks.

2. Florida Minimum Wage: $7.79/hr

3. Rate Paid: $3.18/hr.

4. Hours worked on average per a week: 132

5. Minimum Wages owed: $4.61 X 132 X 18 weeks = **$10,953.36.**

6. Overtime wages owed: $3.89 X 92 X 18 weeks = **$6,441.84.**

7. **Total unpaid wages and liquidated damages: $220,466.20 X 2 as liquidated damages: $440,932.40.**

8. Fees: $2,245 broken down as follows:

    1) J.H. Zidell, Esq.  $350/hr x 1.5 hours = $525

    2) Daniel T. Feld, Esq. $250/hr x .8 hours = $200

    3) Christopher Cochran, Esq. $200/hr X 7.6 hours = $1520

                    Respectfully Submitted,

                    Daniel T. Feld, Esq.
                    J.H. Zidell, P.A.
                    Attorney For Plaintiff
                    300 71st Street, Suite 605
                    Miami Beach, Florida 33141
                    Tel: (305) 865-6766
                    Fax: (305) 865-7167

                    By:_/s/ Daniel T. Feld _____
                        Daniel T. Feld, Esq.
                        Florida Bar Number: 0037013

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Statement of Claim was sent via CM/ECF to [No Counsel has appeared on behalf of Defendants] on this 18th day of June, 2013.

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:_/s/ Daniel T. Feld _____
    Daniel T. Feld, Esq.
    Florida Bar Number: 0037013