UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-21795-CV-WILLIAMS

FATIMA DEL SOCORRO MARIN JIRON

    Plaintiff,

v.

GAJOVA, INC. d/b/a SUNSET GARDENS III and
JORGE E. VALLE

    Defendants.

_____

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES**

Defendants, Gajova, Inc., d/b/a Sunset Gardens III (hereinafter "Gajova") and Jorge Valle (hereinafter "Valle"), by and through their undersigned counsel, hereby file their Answer and Affirmative Defenses to Plaintiff's Complaint and state as follows.

1. Admitted that Plaintiff brings this action pursuant to the Fair Labor Standards Act (FLSA). Denied that the FLSA is applicable to the parties.

2. Defendants are without sufficient knowledge to admit or deny the allegations contained in Paragraph 2 of the Complaint and therefore deny same.

3. Admitted that Defendant Gajova is a company that regularly transacts business within Miami-Dade County. The remaining allegations contained in Paragraph 3 of the Complaint are denied.

4. Denied.

5. Admitted.

2

6. Admitted Plaintiff brings this action under the laws of the United States. The remaining allegations contained in Paragraph 6 of the Complaint are denied.

7. Denied.

8. In response to Paragraph 8 Defendants state the law speaks for itself.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. In response to Paragraph 14 Defendants state the law speaks for itself.

15. Denied.

16. Denied.

17. Denied.

18. In response to Paragraph 18 Defendants state the law speaks for itself.

19. Denied.

20. Denied.

21. Denied

## **AFFIRMATIVE DEFENSES**

1. Defendants are not an enterprise subject to the FLSA as they are not an enterprise engaged in commerce or in the production of goods for commerce.

2. Defendants are not an enterprise subject to the FLSA as they are not an enterprise whose annual gross volume of sales is at least $500,000.00 for the relevant time period.

3. Plaintiff is not an individual covered under the FLSA as she did not regularly or directly participate or engage in interstate commerce nor in the production of goods for interstate commerce.

4. Defendant Valle was not Plaintiff's employer within the meaning of the FLSA during the relevant time period.

5. To the extent Plaintiff can prove any violation, there was no willful violation.

6. Plaintiff's claims are barred by the statute of limitations.

7. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

8. To the extent Plaintiff can prove any owed wages on any given week said amount is *de minimis*.

9. Defendants assert a set-off against any compensation paid for non-workable time, unpaid loans, advances or lump-sum payments paid to Plaintiff.

10. Plaintiff took regular breaks during the day during which she was free to leave the premises and was not required to work.  These breaks must be deducted from from her total work time.

11. Plaintiff worked a flexible work week.

12. Plaintiff worked for another employer during the relevant time period.

Respectfully submitted,


By: s:/Blanca R. Sordo
Blanca R. Sordo
FBN 0196037

MARTINEZ & SORDO, P.A.
Attorneys for Defendants
9350 South Dixie Highway
10th Floor
Miami, Florida 33156
Tel (305) 671-1307
Fax (786) 472-7030
E-mail: Blanca @martinezsordolaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of July, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By: s:/Blanca R. Sordo
        Blanca R. Sordo

        MARTINEZ & SORDO, P.A.
        Attorneys for Defendants
        9350 South Dixie Highway
        10th Floor
        Miami, Florida 33156
        Tel (305) 671-1307
        Fax (786) 472-7030
        E-mail: Blanca @martinezsordolaw.com

## SERVICE LIST
**Fatima Del Socorro Marin Jiron v. Gajova, Inc., and Jorge Valle**
**Case No. 13-CV-21795-CV-WILLIAMS**
**Southern District of Florida**

J.H. Zidell, Esq.,
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami, Florida 33141
Attorney for Plaintiff
via CM/ECF