UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-21795-CV-WILLIAMS

FATIMA DEL SOCORRO MARIN JIRON

    Plaintiff,

v.

GAJOVA, INC. d/b/a SUNSET GARDENS
III and
JORGE E. VALLE

    Defendants.

_____

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

Defendants' Gajova, Inc., and Jorge Valle, by and through undersigned counsel, hereby respond to Plaintiff's Statement of Claim and state:

1. Defendants are currently investigating Plaintiff's claim and base this Response upon the information available to them at this time.[1] This Response does not waive any of the affirmative defenses raised by Defendants.

2. Plaintiff worked for Defendant Gajova, Inc., from approximately January 2011 through May 2013. Approximately 125 weeks.

3. Plaintiff had a flexible work schedule and worked approximately 39 hours each week.

4. Plaintiff received $360.00 per week.

5. Plaintiff's pay rate was $9.23 per hour.

---

[1] Plaintiff removed her employee file from Defendants' premises. Therefore, limited, if any, records are available.

6.       Pursuant to Defendants' calculation, Plaintiff is not owed any minimum wages or overtime.

                    Respectfully submitted,

                    By: s:/Blanca R. Sordo
                    Blanca R. Sordo
                    FBN 0196037

                    MARTINEZ & SORDO, P.A.
                    Attorneys for Defendants
                    9350 South Dixie Highway
                    10th Floor
                    Miami, Florida 33156
                    Tel (305) 671-1307
                    Fax (786) 472-7030
                    E-mail: Blanca @martinezsordolaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of July, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s:/Blanca R. Sordo
Blanca R. Sordo

MARTINEZ & SORDO, P.A.
Attorneys for Defendants
9350 South Dixie Highway
10th Floor
Miami, Florida 33156
Tel (305) 671-1307
Fax (786) 472-7030
E-mail: Blanca @martinezsordolaw.com

**SERVICE LIST**
**Fatima Del Socorro Marin Jiron v. Gajova, Inc., and Jorge Valle**
**Case No. 13-CV-21795-CV-WILLIAMS**
**Southern District of Florida**

J.H. Zidell, Esq.,
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami, Florida 33141
Attorney for Plaintiff
via CM/ECF

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami, Florida 33141
Attorney for Plaintiff
via CM/ECF