UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
CASE NO.: 13-cv-21795-WILLIAMS

**FATIMA DEL SOCORRO MARIN JIRON, and all other similarly situated,**

**Plaintiff,**

vs.

**GAJOVA, INC. d/b/a SUNSET GARDENS III, JOGAVA, INC. d/b/a SUNSET GARDENS II, and JORGE ENRIQUE VALLE,**

**Defendants.**
_____/

### DEFENDANT'S, JOGAVA, INC. d/b/a SUNSET GARDENS II, ANSWER AND AFFIRMATIVE DEFENSES

Defendant, JOGAVA, INC. d/b/a SUNSET GARDENS II (herein "Defendant" and/or "JOGAVA"), by and through its undersigned attorneys, files this, its Answer and Affirmative Defenses to the Plaintiff's Amended Complaint and in support thereof states as follows:

1. Defendant admits that the action purports to be an action under the Fair Labor Standards Act, however Plaintiff is not entitled to such relief from this Defendant.

2. Defendant is without knowledge as to the allegations contained in paragraph 2 of the Complaint and therefore denies same.

3. Paragraph 3 of Plaintiff's Complaint does not pertain to this Defendant, therefore, not applicable.

4. Denied.

ROSENFELDT & BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300, Fort Lauderdale, Florida 33394
Phone: 954.990.4320 | Fax: 954.990.4469
www.randb-law.com

5. Denied.

6. Denied.

7. Denied.

8. Admitted.

9. Admitted.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Paragraph 18 of Plaintiff's Complaint does not pertain to this Defendant, therefore, not applicable.

19. Admitted.

20. Paragraph 20 of Plaintiff's Complaint does not pertain to this Defendant, therefore, not applicable.

21. Admitted.

22. Denied.

23. Denied.

24. Admitted.

ROSENFELDT & BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300, Fort Lauderdale, Florida 33394
Phone: 954.990.4320 | Fax: 954.990.4469
www.randb-law.com

25. Denied.

26. Denied.

27. Denied.

28. Admitted.

29. Admitted.

30. Denied.

31. Denied.

32. Admitted.

33. Denied.

34. Denied.

35. Denied.

## **AFFIRMATIVE DEFENSES**

1. The Complaint fails to state a claim upon which relief may be granted.

2. Defendant is not an enterprise.

3. Plaintiff is not engaged in interstate commerce.

4. Defendant is not engaged in interstate commerce.

5. Defendant is not Plaintiff's employer.

6. Plaintiff is not an employee of JOGAVA.

7. Defendant, JOGAVA, is not a joint employer.

8. Defendant, JOGAVA, is entitled to set-off for room and board.

9. Defendant, JOGAVA, is entitled to set-off for meals.

10. Plaintiff's claim is barred by statute of limitations.

ROSENFELDT & BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300, Fort Lauderdale, Florida 33394
Phone: 954.990.4320 | Fax: 954.990.4469
www.randb-law.com

11. Defendant, JOGAVA, has not had gross receipts of $500,000.00 during the relevant time period.

12. Plaintiff's claims are barred in whole or in part by exemptions, exclusions, and credits provided in Sections 7 and 13 of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 207 and 213.

13. Every portion of Plaintiff's claim arising more than two years prior to the date upon which her Complaint was filed is barred by the limitations period contained in Section 6 of the Portal to Portal Act, 29 U.S.C. § 255.

14. Plaintiff's claim for liquidated damages is barred by the provisions of Section 11 of the Portal to Portal Act, because the acts or omissions complained of were done in good faith and with reasonable grounds for believing that the acts or omissions were not in violation of the FLSA.

15. Plaintiff is not entitled to any relief because the act or omission complained of was in good faith conformity with and in reliance upon a written administrative regulation, order, ruling, approval, or interpretation of the Administrator of the Wage and Hour Division of the Department of Labor and/or administrative practice or enforcement policy of such agency with respect to the class of employees to which Plaintiff belonged.

16. Plaintiff's claims are barred in whole or in part by the doctrine of *de minimis non curet lex.*

17. Plaintiff's claims are barred to the extent that they involve transactions or events, or seeks damages for periods outside the applicable statutory limitations.

P a g e | **4**
ROSENFELDT & BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300, Fort Lauderdale, Florida 33394
Phone: 954.990.4320 | Fax: 954.990.4469
www.randb-law.com

18. Plaintiff's claims against Defendant are frivolous both in factual foundation and legal substance, and Defendant is entitled to an award of its costs and attorneys' fees pursuant to 28 U.S.C. § 1927 and Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant, JOGAVA, asserts that Plaintiff should take nothing in this action, and that Defendant should recover its costs and reasonable attorneys' fees in this matter, together with such other relief this Court deems just and proper.

Respectfully submitted,

By: /s/Shawn L. Birken
Shawn L. Birken, Esq.
Florida Bar No.: 418765
sbirken@randb-law.com
ROSENFELDT & BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300
Fort Lauderdale, Florida 33394
Phone: 954-990-4459
Fax:  954-990-4469
**Counsel for Defendant JOGAVA, INC.**

P a g e | 5
ROSENFELDT & BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300, Fort Lauderdale, Florida 33394
Phone: 954.990.4320 | Fax: 954.990.4469
www.randb-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this <u>19th day of July, 2013</u>, I electronically filed the forgoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        Respectfully submitted,

        By:  /s/Shawn L. Birken
        Shawn L. Birken, Esq.
        Florida Bar No.: 418765
        sbirken@randb-law.com
        ROSENFELDT & BIRKEN, P.A.
        100 SE 3rd Ave., Suite 1300
        Fort Lauderdale, Florida 33394
        Phone: 954-990-4459
        Fax:  954-990-4469
        **Counsel for Defendant JOGAVA, INC.**

P a g e | **6**
ROSENFELDT & BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300, Fort Lauderdale, Florida 33394
Phone: 954.990.4320 | Fax: 954.990.4469
www.randb-law.com

**SERVICE LIST**
*Marin Jiron vs. Gajova, Inc., et al.*
CASE NO.: 13-cv-21795

| | |
|---|---|
| Shawn L. Birken, Esq. | Jamie G. Zidell, Esq. |
| Florida Bar No.: 418765 | Florida Bar No. 0010121 |
| Email: sbirken@randb-law.com | E-Mail: zabogado@aol.com |
| ROSENFELDT & BIRKEN, P.A. | Daniel T. Feld, Esq. |
| 100 SE 3rd Avenue, Suite 1300 | Florida Bar No. 0037013 |
| Fort Lauderdale, Florida 33394 | E-Mail: danielfeld.esq@gmail.com |
| Direct Dial: 954-990-4459 | J.H. ZIDELL, P.A. |
| Fax: 954-990-4469 | 300 71st Street, Suite 605 |
| *Counsel for Defendant JAGOVA, INC.* | Miami Beach, Florida 33141 |
| *Via CM/ECF* | Phone: 305-865-6766 |
| | *Fax: 305-865-7167* |
| | *Counsel for Plaintiff* |
| | *Via CM/ECF* |

Blanca Rosa Sordo
Florida Bar No.:
Email: blanca@martinezsordolaw.com
MARTINEZ & SORDO, P.A.
9350 South Dixie Highway, 10th Floor
Miami, Florida 33156
Phone: 305-671-1307
Fax: 305-670-7065
*Counsel for Defendant GAJOVA, INC.*
*Via CM/ECF*

C:\shares\Jogava dba Sunset adv. Marin Jiron\Pleadings\Answer and Affirmative Defenses.doc