UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-21795-CIV-WILLIAMS

FATIMA DEL SOCORRO MARIN JIRON )
)
)
Plaintiff, )
)
vs. )
)
)
GAJOVA, INC., D/B/A SUNSET GARDENS )
III, JOGAVA, INC. D/B/A SUNSET )
GARDENS II, JORGE ENRIQUE VALLE )
)
)
Defendants. )

**PLAINTIFF'S AMENDED STATEMENT OF CLAIM**

Comes Now Plaintiff, by and through undersigned counsel, pursuant to the Court's Order [D.E. 5] and hereby files Plaintiff's Amended Statement of Claim:

1. Period of employment: July 12, 2008 through May 8, 2013: 251 weeks.

2. Period of claim: July 12, 2008 through May 8, 2013: 251 weeks.

**Period One:**

3. Period: July 12, 2008 through December 31, 2008: 24 weeks.

4. Florida Minimum Wage: $6.79/hr

5. Rate Paid: $3.18/hr.

6. Hours worked on average per a week: 132

7. Minimum Wages owed: $3.61 X 132 X 24 weeks = **$11,436.48.**

**Period Two:**

1. Period: January 1, 2009 through July 23, 2009: 29 weeks.

2. Florida Minimum Wage: $7.21/hr

3. Rate Paid: $3.18/hr.

4. Hours worked on average per a week: 132

5. Minimum Wages owed: $4.03 X 132 X 29 weeks = **$15,426.84**

**Period Three:**

1. Period: July 24, 2009 through May 31, 2011: 96 weeks. (overtime claim starts 5/21/10, therefore 53 weeks for overtime claim alone during this period)

2. Florida/Federal Minimum Wage: $7.25/hr

3. Rate Paid: $3.18/hr.

4. Hours worked on average per a week: 132

5. Minimum Wages owed: $4.07 X 132 X 96 weeks = **$51,575.04**

6. Overtime wages owed: $3.62 X 92 X 53 weeks = **$17,651.12.**

**Period Four:**

1. Period: June 1, 2011 through December 31, 2011: 30 weeks.

2. Florida Minimum Wage: $7.31/hr

3. Rate Paid: $3.18/hr.

4. Hours worked on average per a week: 132

5. Minimum Wages owed: $4.13 X 132 X 30 weeks = **$16,354.80.**

6. Overtime wages owed: $3.65 X 92 X 30 weeks = **$10,074.**

**Period Five:**

1. Period: January 1, 2012 through December 31, 2012: 52 weeks.

2. Florida Minimum Wage: $7.67/hr

3. Rate Paid: $3.18/hr.

4. Hours worked on average per a week: 132

5. Minimum Wages owed: $4.49 X 132 X 52 weeks = **$30,819.36**

6. Overtime wages owed: $3.83 X 92 X 52 weeks = **$18,322.72.**

**Period Six:**

1. Period: January 1, 2013 through May 8, 2013: 18 weeks.

2. Florida Minimum Wage: $7.79/hr

3. Rate Paid: $3.18/hr.

4. Hours worked on average per a week: 132

5. Minimum Wages owed: $4.61 X 132 X 18 weeks = **$10,953.36.**

6. Overtime wages owed: $3.89 X 92 X 18 weeks = **$6,441.84.**

7. **Total unpaid wages and liquidated damages: $189,055.56 X 2 as liquidated damages: $378,111.12.**

8. Fees: $3,685 broken down as follows:

    1) J.H. Zidell, Esq.  $350/hr x 1.5 hours = $525

    2) Daniel T. Feld, Esq. $250/hr x .8 hours = $200

    3) Christopher Cochran, Esq. $200/hr x 14.8 hours = $2,960

**Respectfully submitted,**

**CHRISTOPHER COCHRAN, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: CNC02G@GMAIL.COM**
**F.B.N. 0084088**

BY:_/s/_____Christopher Cochran_____
     CHRISTOPHER COCHRAN, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA EMAIL ON 7/29/13:**

BLANCA ROSA SORDO
MARTINEZ & SORDO, P.A.
9350 S DIXIE HIGHWAY
10TH FLOOR
MIAMI, FL 33156
FAX: 305-670-7065
EMAIL: BLANCA@MARTINEZSORDOLAW.COM

SHAWN LOGAN BIRKEN
ROSENFELDT & BIRKEN, P.A.
100 SE 3RD AVENUE
SUITE 1300
FORT LAUDERDALE, FL 33394
FAX: 954-990-4469
EMAIL: SBIRKEN@RANDB-LAW.COM

BY: /s/         Christopher Cochran
     CHRISTOPHER COCHRAN, ESQ.