Page 1

1                  UNITED STATE DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
2            CASE NO.:   13-CV-21795-CV-WILLIAMS

3

4  FATIMA DEL SOCORRO MARIN JIRON,

5          Plaintiff,

6  vs.                                    **ORIGINAL**

7  GAJOVA, INC. d/b/a/ SUNSET GARDENS
   III, et al,

8

          Defendants.
9

   _____/
10

11

12
                         7300 North Kendall Drive
13                       Miami, Florida
                         Monday, 2:13 p.m.
14                       December 9, 2013

15

16

17            DEPOSITION OF FATIMA JIRON

18

19      Taken before Suzanne Rose, Shorthand

20  Reporter, Notary Public in and for the

21  State of Florida at Large, pursuant to

22  Notice of Taking Deposition filed in the

23  above case.

24

25

```
1    APPEARANCES:
2
3    ON BEHALF OF THE PLAINTIFF:
     J.H. ZIDELL, P.A.
4    300 71st Street, Suite 605
     Miami, FL  33141
5    BY:  JOSEPH J. DiSPALDO, ESQ.
6
     ON BEHALF OF THE DEFENDANT:
7    MARTINEZ & SORDO, P.A.
     7300 North Kendall Drive, Suite 380
8    Miami, FL  33156
     BY:  BLANCA R. SORDO, ESQ.
9
10
                     - - - - - -
11
                      I N D E X
12
                     - - - - - -
13
     FATIMA JIRON                    PAGE
14       By Ms. Sordo:                3
         By Mr. DiSpaldo:            --
15
16   ALSO PRESENT:
     MR. SERGIO ALVAREZ, INTERPRETER
17   MR. JORGE VALLE
18                    E X H I B I T S
19   Exhibit 1           schedule           P. 20
             (Exhibit retained by Ms. Sordo.)
20
21
22
23
24
25
```

1  Thereupon,

2                    SERGIO ALVAREZ

3  was duly sworn to translate from Spanish to

4  English and English to Spanish to the best of

5  his ability.

6  Thereupon,

7            FATIMA DEL SOCORRO MARIN JIRON

8  was called as a witness and, having been first duly

9  sworn, was examined and testified through the

10  interpreter as follows:

11                  DIRECT EXAMINATION

12  BY MS. SORDO:

13       Q.  Will you please state your name for the

14  record?

15       A.  Yes.  Fatima del Socorro Marin Jiron.

16       Q.  And what is your current address?

17       A.  13300 Southwest 47th Street, Apartment 204,

18  Miami, Florida 33175.

19       Q.  All right.  Have you ever been deposed

20  before?

21       A.  No.

22       Q.  All right.  Then I'm just going to

23  go over some very few rules with you, so we

24  both understand what needs to happen.

25       A.  Okay.

1      Q.  I will ask you questions.  And you

2  answer, if you know the answer.

3      A.  All right.

4      Q.  I need you to answer out loud,

5  because the court reporter needs to take

6  down your answers --

7      A.  Okay.

8      Q.  -- which means you can't just nod,

9  or say uh-huh, because I need an actual

10  answer for her to take down.

11      A.  Okay.

12      Q.  Are you taking any medications which

13  would affect your ability to give testimony today?

14      A.  No.

15      Q.  And lastly, we have an interpreter.  I

16  need you to let me finish asking the questions.

17  Let him finish translating before you answer,

18  even if you understand what I'm asking.

19      A.  Okay.

20      Q.  If you don't understand a question, or you

21  want me to clarify, please let me know.

22      A.  All right.

23      Q.  If you answer a question, I will

24  assume you understood the question.

25      A.  Okay.

Page 5

```
 1              (There was a discussion off the record.)
 2    BY MS. SORDO:
 3         Q.  All right.  Where are you currently
 4    employed?
 5         A.  At Wendy's.
 6         Q.  Which Wendy's?
 7         A.  The one that is on 107th and 16th.
 8         Q.  Okay.
 9              MR. DISPALDO:  I'm sorry.  107th and 16th?
10              MS. SORDO:  Yes.
11              MR. DISPALDO:  By counsel.  Thank you.
12    BY MS. SORDO:
13         Q.  And what do you do?
14              MR. DISPALDO.  Let's go off the
15         record for a second.
16              (There was a discussion off the record
17    BY MS. SORDO:
18         Q.  And how long have you been working at
19    Wendy's?
20         A.  It's been six months.
21         Q.  And what do you do for them?
22         A.  I'm a cashier.
23         Q.  And where did you work before Wendy's?
24         A.  I worked at the home.
25         Q.  Okay.  And when you say the home,
```

1    which home are you referring to?

2        A.   Sunset Gardens.

3        Q.   Okay.  Now, I understand there

4    are two Sunset Gardens, correct?

5            THE INTERPRETER:  The witness responded

6        before the question was translated.

7            THE WITNESS:  I've worked in both.

8    BY MS. SARDO:

9        Q.   Okay.  Immediately before you started

10   working at Wendy's, which Sunset Gardens

11   did you work?

12       A.   I've worked II and III.

13       Q.   Okay.  And before you worked at

14   Sunset Gardens, where were you employed?

15       A.   At Wendy's.

16       Q.   Okay.  And before Wendy's?

17       A.   No.

18       Q.   No?

19       A.   I didn't work anywhere.

20       Q.   Okay.  What is your educational background?

21   Where did you go to school?

22       A.   In Nicaragua, I completed my high school.

23       Q.   Okay.  Have you gone to school in

24   the United States?

25       A.   No.

1      Q.   How did you learn to do the work that you

2   needed to do for Sunset Gardens?

3      A.   The lady/owner trained me two days.

4      Q.   All right.  And who was that?

5      A.   Neria Valle.

6      Q.   Tell me about the work that you did

7   for the defendants.  What type of work did you do?

8      A.   I would bathe the gentlemen.  I would

9   clean the home.  I would wash, cook, gave the

10   medicine, assist the gentlemen when they would

11   call, mopped, everything that needs to be done.

12      Q.   Okay.  And the only training you

13   received for this was two days with Ms. Valle,

14   correct?

15          MR. DISPALDO:  Object to the form

16      of the question.

17          THE WITNESS:  Yes.

18   BY MS. SORDO:

19      Q.   Now, where did you -- I understand

20   there is two homes.  There is Sunset Gardens II,

21   and Sunset Gardens III.  Where did you start

22   your employment?

23      A.   In II.

24      Q.   Do you remember when you started?

25      A.   July 12, 2008.

1    Q.  And until when were you at Sunset II?

2    A.  I don't recall, because she would

3  take me from one place to another.

4    Q.  All right.  But wasn't there a time

5  where you were transferred from II to III?

6    A.  Yes.

7    Q.  Okay.  Do you remember when that was?

8    A.  I do not recall.

9    Q.  Okay.  All right.  In your complaint,

10  you state that you started work at the

11  facility, of Jogava Inc., Sunset Gardens II.

12  Then you were transferred to the facility

13  of Gajova, Inc., Sunset Gardens III, in 2009.

14       So does that refresh your recollection?

15       MR. DISPALDO:  Objection form?

16       THE WITNESS:  Excuse me?

17  BY MS. SORDO:

18    Q.  Does that refresh your recollection

19  of when you are transferred?

20    A.  I do not recall.

21       THE INTERPRETER:  Sorry, counsel,

22       for the court reporter, the name of

23       the first facility was?

24       MS. SORDO:  Jogava.

25       THE INTERPRETER:  Jogava.  Thank you.

1           MS. SORDO:  J-o-g-a-v-a.

2           THE INTERPRETER:  Thank you.

3    BY MS. SORDO:

4       Q.  You don't recall when you were

5    transferred, but at some point you were

6    transferred to Sunset Gardens III?

7       A.  Yes.

8       Q.  Do you remember why you were transferred?

9       A.  Because the person was missing.

10      Q.  From Sunset Gardens III?

11      A.  Yes.

12      Q.  And the type of work that you did

13   for Sunset Gardens III is the same that

14   you did for Sunset Gardens II?

15      A.  Yes.

16      Q.  Okay.  Now, tell me about your workday.

17   At what time did you start work?

18      A.  At six o'clock in the morning, to

19   six o'clock in the afternoon.

20      Q.  Okay.  And what days of the week

21   did you work?

22      A.  All seven days a week.

23      Q.  And was there usually somebody with you,

24   another employee working with you when you worked

25   at the homes?

1      A.   Yes.

2      Q.   Okay.   Do you recall who else worked with

3  you?

4      A.   Yes.

5      Q.   Okay.   Who?

6      A.   Olaima Mantrana.  Ramona Delgado.

7  Francis Prado.  Marta Sala.  This was at

8  Oasis III -- Sunset Gardens.

9      Q.   Okay.   How about at Sunset Gardens II?

10  Who worked with you there?

11      A.   Flor Marin.

12      Q.   That's the only other person you

13  worked with in Sunset II?

14      A.   Yes.

15      Q.   And is that a relative of yours?

16      A.   She is my mother.

17      Q.   And the schedule that you described

18  from six a.m. to six p.m., that is for both

19  Sunset II and III?

20      A.   Yes.

21      Q.   And who set that schedule?

22      A.   Mrs. Neria would handle that.

23      Q.   Is that for both Sunset II and Three?

24      A.   Yes.

25      Q.   And what was your compensation?

Page 11

1        A.  Sixty dollars a day.

2        Q.  And how did you receive that payment?

3        A.  Cash.

4        Q.  Were you paid every day, or every

5   week, or biweekly?  How was the payment made?

6   How often?

7        A.  Weekly.

8        Q.  Now, you say you started at six a.m.,

9   and finished at six p.m.  Did you have lunch

10   during the day?

11        A.  Sometimes no.

12        Q.  Okay.  Did you leave the premises

13   during the day?

14        A.  Yes.

15        Q.  Where would you go?

16        A.  To my house.

17        Q.  Okay.  And what time would you leave and

18   come back?

19        A.  When I would leave, sometimes they

20   would call me to help them with the gentlemen

21   that were...

22        Q.  Okay.  But I'm talking about if

23   you would leave during the day to go home.

24        A.  No.

25        Q.  All right.  So in what instances are

1    you referring to that they would call you, if

2    they needed help?

3        A.   When I would leave at six p.m. at night,

4    and Neria would tell me that I would have to

5    return to the home.

6        Q.   All right.  And was this at Sunset

7    Gardens II or III?

8        A.   In III.

9        Q.   Okay.  Now, I'm trying to just get clear

10   which dates you worked at which facilities.  You

11   say you don't remember when you were transferred

12   to Sunset Gardens III.  But whenever that

13   was after you were transferred to Sunset Gardens III,

14   that's where you reported to on a regular basis?

15       A.   Yes.  At III.

16       Q.   Who paid you on a weekly basis?

17       A.   Niria Valle.

18       Q.   And in connection with your work

19   in caring for the gentlemen in the home, what

20   sort of products and materials did you use

21   on a daily basis?

22       A.   The detergent to wash the clothes, dish

23   detergent, to clean the windows.

24       Q.   Okay.  All of these materials were

25   provided to you by the home?

Page 13

1       A.   Yes.

2       Q.   Did you ever sleep on the premises,

3  either in Sunset Gardens II or III?

4       A.   Yes.

5       Q.   Okay.   When would you sleep at the

6  premises?

7       A.   Friday, Saturday, Sunday, and Monday.

8       Q.   Okay.   So four nights of the week,

9  you slept at the home?

10          MR. DISPALDO:   Objection.   Form.

11          Answer, please.

12          THE WITNESS:   Yes.

13  BY MS. SORDO:

14       Q.   Okay.   And was this at Sunset Gardens II

15  or III?

16       A.   III.

17       Q.   Did you ever sleep at Sunset Gardens II?

18       A.   No.

19       Q.   Okay.   How long was the schedule in

20  effect that you slept there Friday through Monday?

21       A.   As when I started to work with them.

22       Q.   With them, you mean Sunset Gardens III?

23       A.   And Sunset Gardens II.

24       Q.   All right.   But my understanding

25  is you said you never slept at the

Page 14

1    premises in Sunset Gardens II.

2         A.   Okay.   No.   But at Sunset Gardens III, yes.

3         Q.   All right.   So that was my question.   The

4    schedule was in effect since you started working

5    at Sunset Gardens III?

6         A.   Yes.

7         Q.   When you slept at the premises, were

8    there any other employees with you?

9         A.   Yes.

10        Q.   Who else was there?

11        A.   Martha Sala.

12        Q.   Did she sleep over also?

13        A.   Yes.

14        Q.   The same days as you?

15        A.   Yes.

16        Q.   Okay.   And who slept over the

17   remaining days of the week?

18        A.   She would sleep there as well.

19        Q.   Marta Sala?

20        A.   Yes.

21        Q.   So then Marta Sala slept every day

22   at Sunset Gardens III?

23        A.   Yes.

24        Q.   Okay.   Did any other employees

25   accompany her overnight when you weren't there?

Page 15

1       A.   No.

2       Q.   She was alone on the nights that

3   you weren't there?

4            MR. DISPALDO:  Objection, form.

5            You can answer.

6            THE WITNESS:  Yes.

7   BY MS. SORDO:

8       Q.   Okay.  So on the nights that you

9   slept over, what was your schedule like?

10      A.   It was from 6:00 in the morning

11  to 6:00 in the afternoon.

12      Q.   And after 6:00 p.m., were you -- did

13  you just go to sleep, or what would you do?

14      A.   No.  If the gentlemen called, I had to

15  attend to them.

16      Q.   Okay.  But if nobody called, what

17  would you do on a typical night when you

18  were sleeping, or staying over at the premises?

19      A.   Check the gentlemen, so they wouldn't

20  fall out of the beds.

21      Q.   And how often would you check on them?

22      A.   Every time I would go to the bathroom.

23      Q.   And how often was that?

24      A.   Two times a night.

25      Q.   All right.  Do you know what time the

Page 16

```
 1    residents of the house would be put to bed?

 2        A.  Yes.

 3        Q.  At what time?

 4        A.  At 6:00.

 5        Q.  And what time would you go to sleep?

 6        A.  After I would put them into bed.

 7        Q.  All right.  Now, let's talk about the

 8    residents.  They lived at Sunset Gardens II

 9    or Sunset Gardens III on a permanent basis?

10        A.  Yes.

11        Q.  Do you know if they received mail there?

12        A.  No. They did not receive mail.

13        Q.  Okay.  Did they receive visitors?

14        A.  Yes.

15        Q.  Okay.  Have you filed a tax returns from

16    2008 through 2013?

17            MR. DISPALDO:  Objection, form.

18            Please answer.

19            THE WITNESS:  Yes.

20    BY MS. SORDO:

21        Q.  All right.  Aracelis del Socorro Jiron Marin

22    is your sister, correct?

23        A.  Yes.

24        Q.  Okay.  And did you work with her

25    during any period of time?
```

Page 17

1      A.  No.

2          MR. DISPALDO:  Say the name again?  I

3      missed that.

4          THE WITNESS:  Aracelis del Socorro Jiron.

5          MR. DISPALDO:  It's not the same

6      as Flor Marin?  That's the mother.

7          Can I get it phonetically from the

8      court reporter, please?

9          I'm sorry, from the interpreter?

10          THE INTERPRETER:  I've written it down

11      in my notebook before.  I've shown the witness

12      and she says it is correctly written as:

13      A-r-a-c-e-l-i-s  d-e-l S-o-c-o-r-r-o

14      J-i-r-o-n  M-a-r-i-n.

15          MR. DISPALDO:  Thank you, sir.

16          THE INTERPRETER:  Yes, sir.

17  BY MS. SORDO:

18      Q.  All right.  Were there any days that you

19      requested time off because you needed to go to

20      school?

21      A.  To do the CPR, yes.

22      Q.  How often did you do the CPR classes?

23      A.  Every two years.

24      Q.  Is that the only class you took?

25      A.  Yes.

Page 18

1          Q.   You were not enrolled in a technical school?

2          A.   Yes, but I got out of there before I

3   started to work at the home.

4          Q.   And what school was that?

5          A.   P.T.C.

6          Q.   What does P.T.C. stand for?

7          A.   Professional Training Center.

8          Q.   And how long did you go there?

9          A.   Three months.

10         Q.   Do you remember when that was?

11         A.   No, because I left it right away, when

12   I started at the home.

13         Q.   So you left when you started at Sunset

14   Gardens II.

15              MR. DISPALDO:  Objection.  Form.

16              Please answer.

17              THE WITNESS:  Yes.

18   BY MS. SORDO:

19         Q.   So sometime in 2008.

20         A.   Yes.

21         Q.   And what name were you enrolled in?

22   Under what name?

23         A.   Where?  At school?

24         Q.   Yes.

25         A.   Fatima Marin.

Page 19

1      Q.   And what is your date of birth?

2      A.   10/31/75.

3      Q.   All right.  Are you married?

4      A.   Separated.

5      Q.   How long have you been separated?

6      A.   Eight years.

7      Q.   Do you have children?

8      A.   I have one.

9      Q.   One.  A son or a daughter?

10     A.   Son.

11     Q.   How old is your son?

12     A.   Twenty-one.

13     Q.   Does he live with you?

14     A.   Yes.

15     Q.   While you were staying the nights

16  that you say you stayed at the home to sleep,

17  was he home by himself?

18     A.   Yes.

19     Q.   Did you drive yourself to work

20  when you were at Sunset Gardens II and III?

21     A.   Yes.

22     Q.   You always had a car?

23     A.   Yes.

24     Q.   I'm going to show you a document

25  that was introduced as an exhibit in a previous

Page 20

1    deposition on this matter.

2            MR. DISPALDO:  Is the exhibit an exhibit in

3        support today, or --

4            MS. SORDO:  I just want to show it

5        to her, to see if she recognizes it.  I mean, I

6        don't know if we want to mark it.  It was

7        already used as an exhibit in Mr. Valle's

8        deposition.

9    BY MS. SORDO:

10       Q.  Do you recognize that document?

11       A.  Yes.

12       Q.  Okay.

13           MS. SORDO:  Let's mark that as

14       Exhibit 1, then.

15           (Exhibit 1 was marked for identification.)

16   BY MS. SORDO:

17       Q.  What is that document?

18       A.  That is a schedule.

19       Q.  All right.  Was that for Sunset Gardens

20   II or III?

21       A.  That one is for both.

22       Q.  They use the same type of schedule for both?

23       A.  Yes.

24       Q.  All right.  And who did that?  Who

25   prepared that schedule?

Page 21

1      A.   Niria Valle.

2      Q.   Does she always prepare the schedule?

3      A.   Yes.

4      Q.   Okay.  All right.

5           I want you to take a look at the

6  hours that you were scheduled to work that

7  particular week.  Does that look accurate to you?

8      A.   No.

9      Q.   Okay.  Why not?  What discrepancy do you

10 think there is?

11     A.   From 7:00 to 7:00, and it was from

12 6:00 to 6:00.

13     Q.   Okay.  Is that the only discrepancy?

14     A.   There is only two people, and Niria

15 or Mr. Jorge were not working.

16     Q.   Okay.  Jorge, is that referring to

17 Mr. Valle?

18     A.   Yes.

19     Q.   Did he work at the home?

20     A.   No.

21     Q.   Did he sleep at the home?

22     A.   No.

23     Q.   Did he help care for the residents

24 of the home?

25     A.   When there were not two people.

1       Q.  When there were not two caregivers, you

2   mean?

3       A.  Yes.

4       Q.  And how often was that, approximately?

5       A.  Not very frequently.

6       Q.  Okay.  Did you ever ask Ms. Niria Valle

7   for overtime compensation?

8       A.  No.

9       Q.  Give me two seconds.  I will be

10  right back.

11          (There was a discussion off the record.)

12          (There was a break in the proceedings.)

13  BY MS. SORDO:

14      Q.  I just had I think one follow-up

15  question.  You said your salary was $60 a day.

16      A.  Yes.

17      Q.  And you also said that it was Niria Valle

18  who paid you?

19      A.  Yes.

20      Q.  All right.  And that was while you

21  worked at Sunset Gardens II and Sunset Gardens III?

22      A.  Yes.  Niria stopped paying me

23  in April of 2013.

24      Q.  Okay.  And what do you mean, that she

25  stopped paying you?  You weren't compensated

Page 23

1    for the time that you worked?

2          A.   No.  She would give me the $60 per day.

3          Q.   Okay.  So what do you mean by saying

4    Niria stopped paying you in April, 2013?

5          A.   Because after that, Mr. Jorge Valle

6    kept on paying me.

7          Q.   Okay.  And that started in April of 2013?

8          A.   Yes.

9          Q.   Until when?

10         A.   Until May 8th.

11         Q.   Was that the last time that you worked at

12   Sunset Gardens III?

13         A.   Yes.

14         Q.   Okay.  And do you know why your

15   employment ended?

16         A.   No.

17         Q.   Okay.  Were you fired?

18         A.   Yes.

19         Q.   Who fired you?

20         A.   Jorge Valle.

21         Q.   He did it personally?

22         A.   Yes.

23         Q.   Was there a new administrator running

24   Sunset Gardens III at that time?

25         A.   Yes.

Page 24

1      Q.  Who was that?

2      A.  Miguel.

3      Q.  Miguel.  Do you know his last name?

4      A.  No.

5      Q.  Do you know when he became the

6   administrator for Sunset Gardens III?

7      A.  In May.

8      Q.  In May of 2013?

9      A.  Yes.

10      Q.  Were you given any compensation when

11   your employment ended in May of 2013?

12      A.  Yes.

13      Q.  What did you receive?

14      A.  A check.

15      Q.  For how much?

16      A.  Fifteen hundred.

17      Q.  Okay.  Did you also receive a

18   personal loan?

19      A.  No.

20      Q.  Mr. Valle didn't give you $4,000 in cash?

21         MR. DISPALDO:  Object to the form.

22         THE WITNESS:  No.

23   BY MS. SORDO:

24      Q.  Okay.  So you are saying the only

25   amount of money that you received was $1,500

```
 1    in a check?

 2         A.  Yes.

 3         Q.  Okay.  And what was the $1,500 for?

 4         A.  To pay Niria.

 5         Q.  Okay.  Now, you are going to have

 6    to explain that.  You received $1,500 to pay

 7    Niria Valle?

 8         A.  Yes.

 9         Q.  Okay.  So you took the $1,500 and

10    gave it to Niria?

11         A.  No.  I kept them, because I don't

12    have any money.

13         Q.  Okay.  So you received $1,500 to

14    pay Ms. Valle, and you kept that money?

15         A.  Yes.

16         Q.  Okay.  All right.  I don't think I

17    have any further questions.

18         A.  Okay.

19              MR. DISPALDO:  I have no questions for

20         the witness.

21              Through the interpreter, I would like

22         to advise her of her rights to read and

23         waive.

24              Now, if you elect to read, okay, if

25         you waive -- start from the beginning.
```

Page 26

```
 1          If you elect to read, you cannot

 2     change the substantive nature of your

 3     testimony.  You can only dispute the

 4     recording of your testimony through

 5     the interpreter on this date.  And

 6     in all fairness, we probably have a

 7     court-certified reporter here.  So

 8     by waiving, you would say, "I trust

 9     the recording," of what you testified to.

10          THE WITNESS:  Yes.

11          MR. DISPALDO:  We'll waive, right?

12          THE WITNESS:  Okay.

13          MR. DISPALDO:  We'll waive.

14          MS. SORDO:  All right.

15          (Whereupon, at 2:53 p.m. the

16     deposition of FATIMA JIRON was concluded.)

17

18

19

20

21

22

23

24

25
```

Page 27

1    CERTIFICATE OF SHORTHAND REPORTER
2

STATE OF FLORIDA          )
3                         )  SS.
     COUNTY OF MIAMI-DADE  )
4

5          I, the undersigned authority hereby certify
     that the foregoing transcript, pages 1 through 28 are
     a true and correct transcription of the deposition of
6    FATIMA JIRON, taken before me at the time and place
     stated in the caption hereof.
7          I further certify that the said witness was
     duly sworn according to law.
8          I further certify that I am not of counsel
     to either of the parties to said cause or otherwise
9    interested in the event thereof.
           IN WITNESS WHEREOF, I hereunto set my hand
10   and affix my official seal of office this 9th
     day of December, 2013.

11
12
13         *Suzanne Clark Rose*

14         _____
           SUZANNE CLARK ROSE, Shorthand Reporter
15         Notary Public in and for
           the State of Florida at Large
16         My Commission No. EE 183231
           Expires:  June 22, 2016

17
18
19
20
21
22
23
24
25

1                    CERTIFICATE OF OATH

2

3   STATE OF FLORIDA

4   COUNTY OF MIAMI-DADE

5

6

7             I, the undersigned authority, certify that

8   FATIMA JIRON personally appeared before me and was

9   duly sworn.

10            WITNESS my hand and official seal this 9th

11  day of December, 2013.

12

13

14             *Suzanne Clark Rose*

15      _____

16

17        SUZANNE CLARK ROSE

18        Commission # EE183231

19        Notary Public State of Florida

20        My Commission Expires: 6-22-2016

21

22

23

24

25

[& - del]                                                                 Page 29

### &

**&**  2:7

### 1

**1**  2:19 20:14,15 27:5
**1,500**  24:25 25:3,6,9
  25:13
**10/31/75**  19:2
**107th**  5:7,9
**12**  7:25
**13**  1:2
**13300**  3:17
**16th**  5:7,9
**183231**  27:16

### 2

**20**  2:19
**2008**  7:25 16:16
  18:19
**2009**  8:13
**2013**  1:14 16:16
  22:23 23:4,7 24:8,11
  27:10 28:11
**2016**  27:16
**204**  3:17
**21795**  1:2
**22**  27:16
**28**  27:5
**2:13**  1:13
**2:53**  26:15

### 3

**3**  2:14
**300**  2:4
**33141**  2:4
**33156**  2:8
**33175**  3:18
**380**  2:7

### 4

**4,000**  24:20
**47th**  3:17

### 6

**6-22-2016**  28:20
**60**  22:15 23:2

---

**605**  2:4
**6:00**  15:10,11,12 16:4
  21:12,12

### 7

**71st**  2:4
**7300**  1:12 2:7
**7:00**  21:11,11

### 8

**8th**  23:10

### 9

**9**  1:14
**9th**  27:10 28:10

### a

**a.m.**  10:18 11:8
**ability**  3:5 4:13
**accompany**  14:25
**accurate**  21:7
**actual**  4:9
**address**  3:16
**administrator**  23:23
  24:6
**advise**  25:22
**affect**  4:13
**affix**  27:10
**afternoon**  9:19 15:11
**al**  1:7
**alvarez**  2:16 3:2
**amount**  24:25
**answer**  4:2,2,4,10,17
  4:23 13:11 15:5
  16:18 18:16
**answers**  4:6
**apartment**  3:17
**appearances**  2:1
**appeared**  28:8
**approximately**  22:4
**april**  22:23 23:4,7
**aracelis**  16:21 17:4
**asking**  4:16,18
**assist**  7:10
**assume**  4:24
**attend**  15:15

---

**authority**  27:4 28:7

### b

**b**  1:7 2:18
**back**  11:18 22:10
**background**  6:20
**basis**  12:14,16,21
  16:9
**bathe**  7:8
**bathroom**  15:22
**bed**  16:1,6
**beds**  15:20
**beginning**  25:25
**behalf**  2:3,6
**best**  3:4
**birth**  19:1
**biweekly**  11:5
**blanca**  2:8
**break**  22:12

### c

**c**  17:13,13
**call**  7:11 11:20 12:1
**called**  3:8 15:14,16
**caption**  27:6
**car**  19:22
**care**  21:23
**caregivers**  22:1
**caring**  12:19
**case**  1:2,23
**cash**  11:3 24:20
**cashier**  5:22
**cause**  27:8
**center**  18:7
**certificate**  27:1 28:1
**certified**  26:7
**certify**  27:4,7,8 28:7
**change**  26:2
**check**  15:19,21 24:14
  25:1
**children**  19:7
**clarify**  4:21
**clark**  27:14 28:17
**class**  17:24
**classes**  17:22

---

**clean**  7:9 12:23
**clear**  12:9
**clothes**  12:22
**come**  11:18
**commission**  27:16
  28:18,20
**compensated**  22:25
**compensation**  10:25
  22:7 24:10
**complaint**  8:9
**completed**  6:22
**concluded**  26:16
**connection**  12:18
**cook**  7:9
**correct**  6:4 7:14
  16:22 27:5
**correctly**  17:12
**counsel**  5:11 8:21
  27:8
**county**  27:3 28:4
**court**  1:1 4:5 8:22
  17:8 26:7
**cpr**  17:21,22
**current**  3:16
**currently**  5:3
**cv**  1:2,2

### d

**d**  1:7 2:11 17:13
**dade**  27:3 28:4
**daily**  12:21
**date**  19:1 26:5
**dates**  12:10
**daughter**  19:9
**day**  11:1,4,10,13,23
  14:21 22:15 23:2
  27:10 28:11
**days**  7:3,13 9:20,22
  14:14,17 17:18
**december**  1:14 27:10
  28:11
**defendant**  2:6
**defendants**  1:8 7:7
**del**  1:4 3:7,15 16:21
  17:4

[delgado - lived]                                                          Page 30

delgado  10:6
deposed  3:19
deposition  1:17,22
    20:1,8 26:16 27:5
described  10:17
detergent  12:22,23
direct  3:11
discrepancy  21:9,13
discussion  5:1,16
    22:11
dish  12:22
dispaldo  2:5,14 5:9
    5:11,14 7:15 8:15
    13:10 15:4 16:17
    17:2,5,15 18:15 20:2
    24:21 25:19 26:11,13
dispute  26:3
district  1:1,1
document  19:24
    20:10,17
dollars  11:1
drive  1:12 2:7 19:19
duly  3:3,8 27:7 28:9

**e**
e  2:11,18 17:13,13
educational  6:20
ee  27:16
ee183231  28:18
effect  13:20 14:4
eight  19:6
either  13:3 27:8
elect  25:24 26:1
employed  5:4 6:14
employee  9:24
employees  14:8,24
employment  7:22
    23:15 24:11
ended  23:15 24:11
english  3:4,4
enrolled  18:1,21
esq  2:5,8
et  1:7
event  27:9

examination  3:11
examined  3:9
excuse  8:16
exhibit  2:19,19 19:25
    20:2,2,7,14,15
expires  27:16 28:20
explain  25:6

**f**
facilities  12:10
facility  8:11,12,23
fairness  26:6
fall  15:20
fatima  1:4,17 2:13
    3:7,15 18:25 26:16
    27:6 28:8
fifteen  24:16
filed  1:22 16:15
finish  4:16,17
finished  11:9
fired  23:17,19
first  3:8 8:23
fl  2:4,8
flor  10:11 17:6
florida  1:1,13,21
    3:18 27:2,15 28:3,19
follow  22:14
follows  3:10
foregoing  27:5
form  7:15 8:15 13:10
    15:4 16:17 18:15
    24:21
four  13:8
francis  10:7
frequently  22:5
friday  13:7,20
further  25:17 27:7,8

**g**
g  9:1
gajova  1:7 8:13
gardens  1:7 6:2,4,10
    6:14 7:2,20,21 8:11
    8:13 9:6,10,13,14
    10:8,9 12:7,12,13
    13:3,14,17,22,23

14:1,2,5,22 16:8,9
    18:14 19:20 20:19
    22:21,21 23:12,24
    24:6
gentlemen  7:8,10
    11:20 12:19 15:14,19
give  4:13 22:9 23:2
    24:20
given  24:10
go  3:23 5:14 6:21
    11:15,23 15:13,22
    16:5 17:19 18:8
going  3:22 19:24
    25:5

**h**
h  2:18
hand  27:9 28:10
handle  10:22
happen  3:24
help  11:20 12:2
    21:23
hereof  27:6
hereunto  27:9
high  6:22
home  5:24,25 6:1 7:9
    11:23 12:5,19,25
    13:9 18:3,12 19:16
    19:17 21:19,21,24
homes  7:20 9:25
hours  21:6
house  11:16 16:1
huh  4:9
hundred  24:16

**i**
identification  20:15
ii  6:12 7:20,23 8:1,5
    8:11 9:14 10:9,13,19
    10:23 12:7 13:3,14
    13:17,23 14:1 16:8
    18:14 19:20 20:20
    22:21
iii  1:7 6:12 7:21 8:5
    8:13 9:6,10,13 10:8
    10:19 12:7,8,12,13

12:15 13:3,15,16,22
    14:2,5,22 16:9 19:20
    20:20 22:21 23:12,24
    24:6
immediately  6:9
instances  11:25
interested  27:9
interpreter  2:16 3:10
    4:15 6:5 8:21,25 9:2
    17:9,10,16 25:21
    26:5
introduced  19:25

**j**
j  2:5 9:1 17:14
j.h.  2:3
jiron  1:4,17 2:13 3:7
    3:15 16:21 17:4
    26:16 27:6 28:8
jogava  8:11,24,25
jorge  2:17 21:15,16
    23:5,20
joseph  2:5
july  7:25
june  27:16

**k**
kendall  1:12 2:7
kept  23:6 25:11,14
know  4:2,21 15:25
    16:11 20:6 23:14
    24:3,5

**l**
l  17:13,13
lady  7:3
large  1:21 27:15
lastly  4:15
law  27:7
learn  7:1
leave  11:12,17,19,23
    12:3
left  18:11,13
live  19:13
lived  16:8

[loan - residents]                                                                Page 31

**loan**   24:18
**long**   5:18 13:19 18:8
  19:5
**look**   21:5,7
**loud**   4:4
**lunch**   11:9

**m**

**m**   17:14
**mail**   16:11,12
**mantrana**   10:6
**marin**   1:4 3:7,15
  10:11 16:21 17:6
  18:25
**mark**   20:6,13
**marked**   20:15
**married**   19:3
**marta**   10:7 14:19,21
**martha**   14:11
**martinez**   2:7
**materials**   12:20,24
**matter**   20:1
**mean**   13:22 20:5 22:2
  22:24 23:3
**means**   4:8
**medications**   4:12
**medicine**   7:10
**miami**   1:13 2:4,8
  3:18 27:3 28:4
**miguel**   24:2,3
**missed**   17:3
**missing**   9:9
**monday**   1:13 13:7,20
**money**   24:25 25:12
  25:14
**months**   5:20 18:9
**mopped**   7:11
**morning**   9:18 15:10
**mother**   10:16 17:6

**n**

**n**   2:11 17:14,14
**name**   3:13 8:22 17:2
  18:21,22 24:3
**nature**   26:2

**need**   4:4,9,16
**needed**   7:2 12:2
  17:19
**needs**   3:24 4:5 7:11
**neria**   7:5 10:22 12:4
**never**   13:25
**new**   23:23
**nicaragua**   6:22
**night**   12:3 15:17,24
**nights**   13:8 15:2,8
  19:15
**niria**   12:17 21:1,14
  22:6,17,22 23:4 25:4
  25:7,10
**nod**   4:8
**north**   1:12 2:7
**notary**   1:20 27:15
  28:19
**notebook**   17:11
**notice**   1:22

**o**

**o**   9:1 17:13,13,13,14
**o'clock**   9:18,19
**oasis**   10:8
**oath**   28:1
**object**   7:15 24:21
**objection**   8:15 13:10
  15:4 16:17 18:15
**office**   27:10
**official**   27:10 28:10
**okay**   3:25 4:7,11,19
  4:25 5:8,25 6:3,9,13
  6:16,20,23 7:12 8:7,9
  9:16,20 10:2,5,9
  11:12,17,22 12:9,24
  13:5,8,14,19 14:2,16
  14:24 15:8,16 16:13
  16:15,24 20:12 21:4
  21:9,13,16 22:6,24
  23:3,7,14,17 24:17
  24:24 25:3,5,9,13,16
  25:18,24 26:12
**olaima**   10:6

**old**   19:11
**overnight**   14:25
**overtime**   22:7
**owner**   7:3

**p**

**p**   2:19
**p.a.**   2:3,7
**p.m.**   1:13 10:18 11:9
  12:3 15:12 26:15
**p.t.c.**   18:5,6
**page**   2:13
**pages**   27:5
**paid**   11:4 12:16
  22:18
**particular**   21:7
**parties**   27:8
**pay**   25:4,6,14
**paying**   22:22,25 23:4
  23:6
**payment**   11:2,5
**people**   21:14,25
**period**   16:25
**permanent**   16:9
**person**   9:9 10:12
**personal**   24:18
**personally**   23:21
  28:8
**phonetically**   17:7
**place**   8:3 27:6
**plaintiff**   1:5 2:3
**please**   3:13 4:21
  13:11 16:18 17:8
  18:16
**point**   9:5
**prado**   10:7
**premises**   11:12 13:2
  13:6 14:1,7 15:18
**prepare**   21:2
**prepared**   20:25
**present**   2:16
**previous**   19:25
**probably**   26:6
**proceedings**   22:12

**products**   12:20
**professional**   18:7
**provided**   12:25
**public**   1:20 27:15
  28:19
**pursuant**   1:21
**put**   16:1,6

**q**

**question**   4:20,23,24
  6:6 7:16 14:3 22:15
**questions**   4:1,16
  25:17,19

**r**

**r**   2:8 17:13,13,13,14
  17:14
**ramona**   10:6
**read**   25:22,24 26:1
**recall**   8:2,8,20 9:4
  10:2
**receive**   11:2 16:12,13
  24:13,17
**received**   7:13 16:11
  24:25 25:6,13
**recognize**   20:10
**recognizes**   20:5
**recollection**   8:14,18
**record**   3:14 5:1,15,16
  22:11
**recording**   26:4,9
**referring**   6:1 12:1
  21:16
**refresh**   8:14,18
**regular**   12:14
**relative**   10:15
**remaining**   14:17
**remember**   7:24 8:7
  9:8 12:11 18:10
**reported**   12:14
**reporter**   1:20 4:5
  8:22 17:8 26:7 27:1
  27:14
**requested**   17:19
**residents**   16:1,8
  21:23

[responded - week]                                                                        Page 32

**responded** 6:5
**retained** 2:19
**return** 12:5
**returns** 16:15
**right** 3:19,22 4:3,22
  5:3 7:4 8:4,9 11:25
  12:6 13:24 14:3
  15:25 16:7,21 17:18
  18:11 19:3 20:19,24
  21:4 22:10,20 25:16
  26:11,14
**rights** 25:22
**rose** 1:19 27:14 28:17
**rules** 3:23
**running** 23:23

**s**

**s** 2:18 17:13,13
**sala** 10:7 14:11,19,21
**salary** 22:15
**sardo** 6:8
**saturday** 13:7
**saying** 23:3 24:24
**says** 17:12
**schedule** 2:19 10:17
  10:21 13:19 14:4
  15:9 20:18,22,25
  21:2
**scheduled** 21:6
**school** 6:21,22,23
  17:20 18:1,4,23
**seal** 27:10 28:10
**second** 5:15
**seconds** 22:9
**see** 20:5
**separated** 19:4,5
**sergio** 2:16 3:2
**set** 10:21 27:9
**seven** 9:22
**shorthand** 1:19 27:1
  27:14
**show** 19:24 20:4
**shown** 17:11
**signature** 27:13
  28:14

**sir** 17:15,16
**sister** 16:22
**six** 5:20 9:18,19
  10:18,18 11:8,9 12:3
**sixty** 11:1
**sleep** 13:2,5,17 14:12
  14:18 15:13 16:5
  19:16 21:21
**sleeping** 15:18
**slept** 13:9,20,25 14:7
  14:16,21 15:9
**socorro** 1:4 3:7,15
  16:21 17:4
**somebody** 9:23
**son** 19:9,10,11
**sordo** 2:7,8,14,19
  3:12 5:2,10,12,17
  7:18 8:17,24 9:1,3
  13:13 15:7 16:20
  17:17 18:18 20:4,9
  20:13,16 22:13 24:23
  26:14
**sorry** 5:9 8:21 17:9
**sort** 12:20
**southern** 1:1
**southwest** 3:17
**spanish** 3:3,4
**ss** 27:3
**stand** 18:6
**start** 7:21 9:17 25:25
**started** 6:9 7:24 8:10
  11:8 13:21 14:4 18:3
  18:12,13 23:7
**state** 1:1,21 3:13 8:10
  27:2,15 28:3,19
**stated** 27:6
**states** 6:24
**stayed** 19:16
**staying** 15:18 19:15
**stopped** 22:22,25
  23:4
**street** 2:4 3:17
**substantive** 26:2
**suite** 2:4,7

**sunday** 13:7
**sunset** 1:7 6:2,4,10
  6:14 7:2,20,21 8:1,11
  8:13 9:6,10,13,14
  10:8,9,13,19,23 12:6
  12:12,13 13:3,14,17
  13:22,23 14:1,2,5,22
  16:8,9 18:13 19:20
  20:19 22:21,21 23:12
  23:24 24:6
**support** 20:3
**suzanne** 1:19 27:14
  28:17
**sworn** 3:3,9 27:7
  28:9

**t**

**t** 2:18
**take** 4:5,10 8:3 21:5
**taken** 1:19 27:6
**talk** 16:7
**talking** 11:22
**tax** 16:15
**technical** 18:1
**tell** 7:6 9:16 12:4
**testified** 3:9 26:9
**testimony** 4:13 26:3
  26:4
**thank** 5:11 8:25 9:2
  17:15
**thereof** 27:9
**think** 21:10 22:14
  25:16
**three** 10:23 18:9
**time** 8:4 9:17 11:17
  15:22,25 16:3,5,25
  17:19 23:1,11,24
  27:6
**times** 15:24
**today** 4:13 20:3
**trained** 7:3
**training** 7:12 18:7
**transcript** 27:5
**transcription** 27:5

**transferred** 8:5,12,19
  9:5,6,8 12:11,13
**translate** 3:3
**translated** 6:6
**translating** 4:17
**true** 27:5
**trust** 26:8
**trying** 12:9
**twenty** 19:12
**two** 6:4 7:3,13,20
  15:24 17:23 21:14,25
  22:1,9
**type** 7:7 9:12 20:22
**typical** 15:17

**u**

**uh** 4:9
**undersigned** 27:4
  28:7
**understand** 3:24
  4:18,20 6:3 7:19
**understanding** 13:24
**understood** 4:24
**united** 1:1 6:24
**use** 12:20 20:22
**usually** 9:23

**v**

**v** 9:1
**valle** 2:17 7:5,13
  12:17 21:1,17 22:6
  22:17 23:5,20 24:20
  25:7,14
**valle's** 20:7
**visitors** 16:13
**vs** 1:6

**w**

**waive** 25:23,25 26:11
  26:13
**waiving** 26:8
**want** 4:21 20:4,6
  21:5
**wash** 7:9 12:22
**week** 9:20,22 11:5
  13:8 14:17 21:7

**[weekly - zidell]**                                                    Page 33

**weekly**  11:7 12:16
**wendy's**  5:5,6,19,23
  6:10,15,16
**whereof**  27:9
**williams**  1:2
**windows**  12:23
**witness**  3:8 6:5,7
  7:17 8:16 13:12 15:6
  16:19 17:4,11 18:17
  24:22 25:20 26:10,12
  27:7,9 28:10
**work**  5:23 6:11,19
  7:1,6,7 8:10 9:12,17
  9:21 12:18 13:21
  16:24 18:3 19:19
  21:6,19
**workday**  9:16
**worked**  5:24 6:7,12
  6:13 9:24 10:2,10,13
  12:10 22:21 23:1,11
**working**  5:18 6:10
  9:24 14:4 21:15
**written**  17:10,12

| x |
|---|
| **x**  2:11,18 |

| y |
|---|
| **years**  17:23 19:6 |

| z |
|---|
| **zidell**  2:3 |

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310


(e) Witness Review. If the testimony is
transcribed, the transcript shall be furnished to
the witness for examination and shall be read to or
by the witness unless the examination and reading
are waived by the witness and by the parties. Any
changes in form or substance that the witness wants
to make shall be listed in writing by the officer
with a statement of the reasons given by the
witness for making the changes. The changes shall
be attached to the transcript. It shall then be
signed by the witness unless the parties waived the
signing or the witness is ill, cannot be found, or
refuses to sign. If the transcript is not signed by
the witness within a reasonable time after it is
furnished to the witness, the officer shall sign
the transcript and state on the transcript the
waiver, illness, absence of the witness, or refusal
to sign with any reasons given therefor. The
deposition may then be used as fully as though
signed unless the court holds that the reasons
given for the refusal to sign require rejection of

the deposition wholly or partly, on motion under
rule 1.330(d)(4).

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1,
2014.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.