| Form **1120S** | | | U.S. Income Tax Return for an S Corporation | OMB No. 1545-0130 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | | ► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ► See separate instructions. | **2007** |

For calendar year 2007 or tax year beginning _____, 2007, ending _____

| | | | |
|---|---|---|---|
| **A** S election effective date 01/01/06 | Use the IRS label. Other- wise, print or type. | **Name** Jogava, Inc. | **D** Employer identification number ▓▓▓▓▓▓▓ |
| **B** Business activity code number (see instrs) 623000 | | **Number, street, and room or suite no. If a P.O. box, see instructions.** 11173 SW 112 Terrace | **E** Date incorporated 08/09/05 |
| **C** Check ☐ Sch M-3 attached | | **City or town, state, and ZIP code** Miami                    FL 33176 | **F** Total assets (see instructions) $ 19,188. |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No   If 'Yes,' attach Form 2553 if not previously filed

**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change
(4) ☐ Amended return (5) ☐ S election termination or revocation

**I** Enter the number of shareholders in the corporation at the end of the tax year ......................................................► 2

Caution. *Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.*

| | | | | |
|---|---|---|---|---|
| **I N C O M E** | 1a Gross receipts or sales | 68,180. | b Less returns and allowances | c Bal ► | **1c** 68,180. |
| | 2 Cost of goods sold (Schedule A, line 8) ........................................ | | | **2** |
| | 3 Gross profit. Subtract line 2 from line 1c .................................... | | | **3** 68,180. |
| | 4 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) ............ | | | **4** |
| | 5 Other income (loss) (attach statement) ...................................... | | | **5** |
| | 6 Total income (loss). Add lines 3 through 5 ...................................► | | | **6** 68,180. |
| **D E D U C T I O N S** (See instrs) | 7 Compensation of officers ................................................... | | | **7** 4,200. |
| | 8 Salaries and wages (less employment credits) ................................ | | | **8** |
| | 9 Repairs and maintenance ................................................... | | | **9** 2,789. |
| | 10 Bad debts ............................................................... | | | **10** |
| | 11 Rents ................................................................... | | | **11** 24,000. |
| | 12 Taxes and licenses ....................................................... | | | **12** 1,520. |
| | 13 Interest ................................................................. | | | **13** |
| | 14 Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | | | **14** 1,206. |
| | 15 Depletion (Do not deduct oil and gas depletion.) ............................ | | | **15** |
| | 16 Advertising ............................................................. | | | **16** 7,165. |
| | 17 Pension, profit-sharing, etc, plans ........................................ | | | **17** |
| | 18 Employee benefit programs ............................................... | | | **18** |
| | 19 Other deductions (attach statement) ...*. STMT ............................ | | | **19** 38,212. |
| | 20 Total deductions. Add lines 7 through 19 ...................................► | | | **20** 79,092. |
| | 21 Ordinary business income (loss). Subtract line 20 from line 6 ................ | | | **21** -10,912. |

| | | | | |
|---|---|---|---|---|
| **T A X A N D P A Y M E N T S** | 22a Excess net passive income or LIFO recapture tax (see instructions) ......... | 22a | | |
| | b Tax from Schedule D (Form 1120S) ...................................... | 22b | | |
| | c Add lines 22a and 22b (see instructions for additional taxes) ............... | | **22c** | |
| | 23a 2007 estimated tax payments and 2006 overpayment credited to 2007 ..... | 23a | | |
| | b Tax deposited with Form 7004 .......................................... | 23b | | |
| | c Credit for federal tax paid on fuels (attach Form 4136) ................... | 23c | | |
| | d Add lines 23a through 23c ............................................. | | **23d** | |
| | 24 Estimated tax penalty (see instructions). Check if Form 2220 is attached ..... ☐ | | **24** | |
| | 25 Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed .. | | **25** | |
| | 26 Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid .. | | **26** | |
| | 27 Enter amount from line 26 Credited to 2008 estimated tax ► _____ Refunded ► | | **27** | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _[signature]_  Date _____  Title ► President

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

| | | | | |
|---|---|---|---|---|
| **Paid Preparer's Use Only** | Preparer's signature ► Steven R Goldey | Date 02/07/08 | Check if self-employed ☐ | Preparer's SSN or PTIN ▓▓▓▓▓ |
| | Firm's name (or yours if self-employed), address, and ZIP code ► Steven R Goldey, C.P.A., P.A. 4014 Chase Ave Suite 217 Miami Beach          FL 33140 | | EIN Phone no. (305) 534-7160 | |

BAA For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.   SPSA0112  12/26/07   Form 1120S (2007)

| Form **1120S** | U.S. Income Tax Return for an S Corporation | OMB No. 1545-0130 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ► See separate instructions. | **2008** |

For calendar year 2008 or tax year beginning _____, 2008, ending _____

| | | | |
|---|---|---|---|
| **A** S election effective date 01/01/06 | Use the IRS label. Other-wise, print or type. | **Name** Jogava, Inc. | **D** Employer identification number ▮▮▮▮▮ |
| **B** Business activity code number (see instrs) 623000 | | **Number, street, and room or suite no.** If a P.O. box, see instructions. 11173 SW 112 Terrace | **E** Date incorporated 08/09/05 |
| **C** Check if Sch M-3 attached ☐ | | **City or town, state, and ZIP code** Miami          FL  33176 | **F** Total assets (see instructions) $ 17,330. |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No   If 'Yes,' attach Form 2553 if not previously filed

**H** Check if:  (1) ☐ Final return   (2) ☐ Name change   (3) ☐ Address change
(4) ☐ Amended return   (5) ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year .................................. ► 2

Caution. *Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.*

| | | | | |
|---|---|---|---|---|
| **I N C O M E** | 1a Gross receipts or sales | 129,937. | b Less returns and allowances | c Bal ► | **1c** | 129,937. |
| | 2 Cost of goods sold (Schedule A, line 8) ........................................ | | **2** | |
| | 3 Gross profit. Subtract line 2 from line 1c ........................................ | | **3** | 129,937. |
| | 4 Net gain (loss) from Form 4797, Part II, line 17 *(attach Form 4797)* ..... | | **4** | |
| | 5 Other income (loss) *(attach statement)* .......................................... | | **5** | |
| | 6 Total income (loss). Add lines 3 through 5 ...................................... ► | **6** | 129,937. |

| | | | |
|---|---|---|---|
| **D E D U C T I O N S** *(SEE INSTRUCTIONS)* | 7 Compensation of officers ..................................................... | **7** | 18,600. |
| | 8 Salaries and wages (less employment credits) ................................ | **8** | 2,100. |
| | 9 Repairs and maintenance ..................................................... | **9** | 4,860. |
| | 10 Bad debts .................................................................. | **10** | |
| | 11 Rents ..................................................................... | **11** | 24,600. |
| | 12 Taxes and licenses ......................................................... | **12** | 3,419. |
| | 13 Interest .................................................................. | **13** | |
| | 14 Depreciation not claimed on Schedule A or elsewhere on return *(attach Form 4562)* | **14** | 1,809. |
| | 15 Depletion (Do not deduct oil and gas depletion.) ........................... | **15** | |
| | 16 Advertising ............................................................... | **16** | 5,510. |
| | 17 Pension, profit-sharing, etc, plans ......................................... | **17** | |
| | 18 Employee benefit programs ................................................. | **18** | |
| | 19 Other deductions *(attach statement)* ......... STMT ........................ | **19** | 56,261. |
| | 20 Total deductions. Add lines 7 through 19 .................................. ► | **20** | 117,159. |
| | 21 Ordinary business income (loss). Subtract line 20 from line 6 ............. | **21** | 12,778. |

| | | | | |
|---|---|---|---|---|
| **T A X A N D P A Y M E N T S** | 22a Excess net passive income or LIFO recapture tax *(see instructions)* | **22a** | | |
| | b Tax from Schedule D (Form 1120S) | **22b** | | |
| | c Add lines 22a and 22b *(see instructions for additional taxes)* ............ | | **22c** | |
| | 23a 2008 estimated tax payments and 2007 overpayment credited to 2008 .... | **23a** | | |
| | b Tax deposited with Form 7004 | **23b** | | |
| | c Credit for federal tax paid on fuels *(attach Form 4136)* | **23c** | | |
| | d Add lines 23a through 23c ............................................... | | **23d** | |
| | 24 Estimated tax penalty *(see instructions)*. Check if Form 2220 is attached ... ► ☐ | | **24** | |
| | 25 Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed ... | | **25** | |
| | 26 Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid ... | | **26** | |
| | 27 Enter amount from line 26 Credited to 2009 estimated tax ►  Refunded ► | | **27** | |

| | | | |
|---|---|---|---|
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | ► _____  ► President | | May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No |
| | Signature of officer          Date          Title | | |

| | | | | | |
|---|---|---|---|---|---|
| **Paid Preparer's Use Only** | Preparer's signature ► *Steven R Goldey* | Date 03/09/09 | Check if self-employed ☐ | Preparer's SSN or PTIN ▮▮▮▮▮ | |
| | Firm's name (or yours if self-employed), address, and ZIP code | Steven R Goldey, C.P.A., P.A. 4014 Chase Ave Suite 217 Miami Beach          FL  33140 | | EIN | |
| | | | | Phone no. (305) 534-7160 | |

BAA  For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.     SPSA0112  12/30/08     Form 1120S (2008)

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
► See separate instructions.

OMB No. 1545-0130

**2009**

For calendar year 2009 or tax year beginning _____ , 2009, ending _____ ,

| | | | |
|---|---|---|---|
| **A** S election effective date 01/01/06 | Use IRS label. Other- wise, print or type. | **Name** Jogava, Inc. | **D** Employer identification number |
| **B** Business activity code number (see instrs) 623000 | | **Number, street, and room or suite no.** If a P.O. box, see instructions. 1 | **E** Date incorporated 08/09/05 |
| **C** Check if Sch M-3 attached ☐ | | **City or town, state, and ZIP code** FL  33176 | **F** Total assets (see instructions) $ 15,704. |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No   If 'Yes,' attach Form 2553 if not previously filed

**H** Check if:  **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change
   **(4)** ☐ Amended return  **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ............................................ ► 2

Caution. Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | |
|---|---|---|---|
| **I N C O M E** | **1a** Gross receipts or sales .. 143,210. **b** Less returns and allowances .. c Bal ► | **1c** | 143,210. |
| | **2** Cost of goods sold (Schedule A, line 8) ............................... | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c .............................. | **3** | 143,210. |
| | **4** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) .......... | **4** | |
| | **5** Other income (loss) (attach statement) .............................. | **5** | |
| | **6** Total income (loss). Add lines 3 through 5 ............................ ► | **6** | 143,210. |
| **D E D U C T I O N S** (SEE INSTRS) | **7** Compensation of officers ...................................... | **7** | 24,800. |
| | **8** Salaries and wages (less employment credits) ...................... | **8** | 9,600. |
| | **9** Repairs and maintenance ..................................... | **9** | 5,494. |
| | **10** Bad debts ............................................. | **10** | |
| | **11** Rents ................................................ | **11** | 26,400. |
| | **12** Taxes and licenses ........................................ | **12** | 5,215. |
| | **13** Interest .............................................. | **13** | |
| | **14** Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) .. | **14** | 1,176. |
| | **15** Depletion (Do not deduct oil and gas depletion.) ...................... | **15** | |
| | **16** Advertising ............................................ | **16** | 200. |
| | **17** Pension, profit-sharing, etc, plans ............................... | **17** | |
| | **18** Employee benefit programs ................................... | **18** | |
| | **19** Other deductions (attach statement) ...... .. STMT ................. | **19** | 64,385. |
| | **20** Total deductions. Add lines 7 through 19 ........................... ► | **20** | 137,270. |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 ............. | **21** | 5,940. |

| | | | |
|---|---|---|---|
| **T A X A N D P A Y M E N T S** | **22a** Excess net passive income or LIFO recapture tax (see instructions) .. | **22a** | |
| | **b** Tax from Schedule D (Form 1120S) ......................... | **22b** | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) ........................ | | **22c** |
| | **23a** 2009 estimated tax payments and 2008 overpayment credited to 2009 ...... | **23a** | |
| | **b** Tax deposited with Form 7004 ........................... | **23b** | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) ............ | **23c** | |
| | **d** Add lines 23a through 23c ................................ | | **23d** |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ................. ► ☐ | | **24** |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed .............. | | **25** |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid ............. | | **26** |
| | **27** Enter amount from line 26 Credited to 2010 estimated tax ► _____ Refunded ► | | **27** |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____  ► _____  ► President

Signature of officer   Date   Title

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ► Steven R Goldey | Date 02/19/10 | Check if self-employed ☐ | Preparer's SSN or PTIN ▓▓▓▓ |
| Firm's name (or yours if self-employed), address, and ZIP code | Steven R Goldey, C.P.A., P.A. 4014 Chase Ave Suite 218 Miami Beach    FL  33140 | EIN | |
| | | Phone no. | (305) 534-7160 |

BAA For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.    SPSA0112  12/16/09    Form **1120S** (2009)

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is
attaching Form 2553 to elect to be an S corporation.
▶ See separate instructions.

OMB No. 1545-0130

**2010**

For calendar year 2010 or tax year beginning , 2010, ending ,

| | | | |
|---|---|---|---|
| **A** S election effective date 01/01/06 | Name Jogava, Inc. | | **D** Employer identification number |
| **B** Business activity code number (see instrs) 623000 | **TYPE OR PRINT** | Number, street, and room or suite no. If a P.O. box, see instructions. 3 | **E** Date incorporated 08/09/05 |
| **C** Check if Sch M-3 attached ☐ | | City or town, state, and zip code FL 33176 | **F** Total assets (see instructions) $ 13,767. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If 'Yes,' attach Form 2553 if not previously filed

**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change
(4) ☐ Amended return  (5) ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ........................ ▶ 2

Caution. Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | |
|---|---|---|---|
| **INCOME** | **1a** Gross receipts or sales .. 135,964. **b** Less returns and allowances .. **c** Bal ▶ | **1c** | 135,964. |
| | **2** Cost of goods sold (Schedule A, line 8) ................................... | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c ................................ | **3** | 135,964. |
| | **4** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) ............... | **4** | |
| | **5** Other income (loss) (see instrs — att statement) ........................ | **5** | |
| | **6** Total income (loss). Add lines 3 through 5 ............................ ▶ | **6** | 135,964. |
| **DEDUCTIONS (SEE INSTRS)** | **7** Compensation of officers ........................................... | **7** | 28,800. |
| | **8** Salaries and wages (less employment credits) .......................... | **8** | 8,000. |
| | **9** Repairs and maintenance ......................................... | **9** | 3,398. |
| | **10** Bad debts .................................................. | **10** | |
| | **11** Rents ..................................................... | **11** | 26,400. |
| | **12** Taxes and licenses ............................................ | **12** | 11,195. |
| | **13** Interest ................................................... | **13** | |
| | **14** Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) ... | **14** | 795. |
| | **15** Depletion (Do not deduct oil and gas depletion.) ........................ | **15** | |
| | **16** Advertising ................................................ | **16** | |
| | **17** Pension, profit-sharing, etc, plans .................................. | **17** | |
| | **18** Employee benefit programs ....................................... | **18** | |
| | **19** Other deductions (attach statement) ......*. STMT. ...................... | **19** | 59,313. |
| | **20** Total deductions. Add lines 7 through 19 ............................ ▶ | **20** | 137,901. |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 ............... | **21** | -1,937. |
| **TAX AND PAYMENTS** | **22a** Excess net passive income or LIFO recapture tax (see instructions) ... **22a** | | |
| | **b** Tax from Schedule D (Form 1120S) ................. **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) .................. | **22c** | |
| | **23a** 2010 estimated tax payments and 2009 overpayment credited to 2010 ....... **23a** | | |
| | **b** Tax deposited with Form 7004 ................... **23b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) ............. **23c** | | |
| | **d** Add lines 23a through 23c ...................................... | **23d** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ......... ▶ | **24** | |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed .. | **25** | |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid .......... | **26** | |
| | **27** Enter amount from line 26 Credited to 2011 estimated tax ▶ Refunded ▶ | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____  _____  ▶ President
Signature of officer   Date   Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

| Paid Preparer Use Only | Print/Type preparer's name Steven R. Goldey | Preparer's signature | Date 03/08/11 | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ Steven R Goldey, C.P.A., P.A. | | | Firm's EIN ▶ | |
| | Firm's address ▶ 4014 Chase Ave Suite 218 Miami Beach FL 33140 | | | Phone no. (305) 534-7160 | |

BAA For Paperwork Reduction Act Notice, see separate instructions.

SPSA0112  01/18/11

Form 1120S (2010)

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is
attaching Form 2553 to elect to be an S corporation.
▶ See separate instructions.

OMB No. 1545-0130

**2011**

For calendar year 2011 or tax year beginning _____ , 2011, ending _____

| | | |
|---|---|---|
| **A** S election effective date <br> 01/01/06 | **TYPE OR PRINT** Name <br> Jogava, Inc. | **D** Employer identification number |
| **B** Business activity code number (see instrs) <br> 623000 | Number, street, and room or suite no. If a P.O. box, see instructions. | **E** Date incorporated <br> 08/09/05 |
| **C** Check if Sch M-3 attached ☐ | FL 33176 | **F** Total assets (see instructions) <br> $ 5,789. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If 'Yes,' attach Form 2553 if not already filed

**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change
(4) ☐ Amended return  (5) ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year .............................................. ▶ 2

**Caution.** *Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.*

| | | | |
|---|---|---|---|
| **I N C O M E** | **1a** Merchant card and third-party payments. For 2011, enter -0-.......... | **1a** | 0. |
| | **b** Gross receipts or sales not reported on line 1a (see instructions)...... | **1b** 126,487. | |
| | **c** Total. Add lines 1a and 1b .................................... | **1c** 126,487. | |
| | **d** Returns and allowances plus any other adjustments (see instructions).. | **1d** | |
| | **e** Subtract line 1d from line 1c .................................... | **1e** | 126,487. |
| | **2** Cost of goods sold (attach Form 1125-A) .......................... | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1e .......................... | **3** | 126,487. |
| | **4** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) .... | **4** | |
| | **5** Other income (loss) *(see instrs — att statement)* .................. | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 ...................... ▶ | **6** | 126,487. |
| **D E D U C T I O N S** (SEE INSTRS) | **7** Compensation of officers ...................................... | **7** | 24,000. |
| | **8** Salaries and wages (less employment credits) ...................... | **8** | |
| | **9** Repairs and maintenance ...................................... | **9** | 1,400. |
| | **10** Bad debts ................................................. | **10** | |
| | **11** Rents .................................................... | **11** | 26,400. |
| | **12** Taxes and licenses .......................................... | **12** | 5,348. |
| | **13** Interest .................................................. | **13** | |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) ... | **14** | 796. |
| | **15** Depletion (Do not deduct oil and gas depletion.) .................... | **15** | |
| | **16** Advertising ............................................... | **16** | 674. |
| | **17** Pension, profit-sharing, etc, plans .............................. | **17** | |
| | **18** Employee benefit programs .................................... | **18** | |
| | **19** Other deductions *(attach statement)* ...... ▪ STMT ............ ▶ | **19** | 65,377. |
| | **20** Total deductions. Add lines 7 through 19 ...................... ▶ | **20** | 123,995. |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 ...... | **21** | 2,492. |
| **T A X A N D P A Y M E N T S** | **22a** Excess net passive income or LIFO recapture tax (see instructions) ... | **22a** | |
| | **b** Tax from Schedule D (Form 1120S) ............................. | **22b** | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) ........ | | **22c** |
| | **23a** 2011 estimated tax payments and 2010 overpayment credited to 2011 ... | **23a** | |
| | **b** Tax deposited with Form 7004 ................................. | **23b** | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) ............. | **23c** | |
| | **d** Add lines 23a through 23c .................................... | | **23d** |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ... ▶ ☐ | | **24** |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed ... | | **25** |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid ... | | **26** |
| | **27** Enter amount from line 26 Credited to 2012 estimated tax ▶ _____ Refunded ▶ | | **27** |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| ▶ _____ | _____ | ▶ President |
|---|---|---|
| Signature of officer | Date | Title |

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed |
|---|---|---|---|
| Steven R. Goldey | Steven R Goldey | 02/04/12 | |
| Firm's name ▶ Steven R Goldey, C.P.A., P.A. | | Firm's EIN ▶ | |
| Firm's address ▶ 4014 Chase Ave Suite 218 | | | |
| Miami Beach | FL 33140 | Phone no. (305) 534-7160 | |

BAA For Paperwork Reduction Act Notice, see separate instructions.    SPSA0112  12/12/11    Form 1120S (2011)

| Form **1120S** | | U.S. Income Tax Return for an S Corporation | | OMB No. 1545-0130 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.  ► Information about Form 1120S and its separate Instructions is at *www.irs.gov/form1120s*. | | **2012** |

For calendar year 2012 or tax year beginning _____ , 2012, ending _____ .

| A | S election effective date | TYPE | Name | | D | Employer identification number |
|---|---|---|---|---|---|---|
| | 01/01/06 | | Jogava, Inc. | | | |
| B | Business activity code number (see instrs) | OR | Number, street, and room or suite no. If a P.O. box, see instructions. | | E | Date incorporated |
| | 623000 | PRINT | | | | 08/09/05 |
| C | Check if Schedule M-3 attached | | City or town, state, and ZIP code | | F | Total assets (see instructions) |
| | | | | FL 33176 | $ | 5,155. |

G   Is the corporation electing to be an S corporation beginning with this tax year?   ☐ Yes ☒ No   If 'Yes,' attach Form 2553 if not already filed

H   Check if:   (1) ☐ Final return   (2) ☐ Name change   (3) ☐ Address change
(4) ☐ Amended return   (5) ☐ S election termination or revocation

I   Enter the number of shareholders who were shareholders during any part of the tax year ................................... ► 2

Caution. Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**INCOME**

| | | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 130,231. | |
| b | Returns and allowances | 1b | | |
| c | Balance. Subtract line 1b from line 1a | | | 1c | 130,231. |
| 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 130,231. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | | 4 | |
| 5 | Other income (loss) (see instrs — att statement) | | | 5 | |
| 6 | Total income (loss). Add lines 3 through 5 | | ► | 6 | 130,231. |

**DEDUCTIONS (SEE INSTRUCTIONS)**

| | | | |
|---|---|---|---|
| 7 | Compensation of officers | 7 | 28,800. |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | 2,168. |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 26,400. |
| 12 | Taxes and licenses | 12 | 3,657. |
| 13 | Interest | 13 | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 510. |
| 15 | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| 16 | Advertising | 16 | |
| 17 | Pension, profit-sharing, etc, plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement) ........ STMT | 19 | 68,393. |
| 20 | Total deductions. Add lines 7 through 19 | ► 20 | 129,928. |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 21 | 303. |

**TAX AND PAYMENTS**

| | | | | |
|---|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | |
| b | Tax from Schedule D (Form 1120S) | 22b | | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | | | 22c | |
| 23a | 2012 estimated tax payments and 2011 overpayment credited to 2012 | 23a | | |
| b | Tax deposited with Form 7004 | 23b | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | |
| d | Add lines 23a through 23c | | | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached | ► ☐ | 24 | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | 25 | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | 26 | |
| 27 | Enter amount from line 26 Credited to 2013 estimated tax ► _____   Refunded ► | | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _[signature]_   Date 2/20/13   Title President

May the IRS discuss this return with the preparer shown below (see instructions)?   ☒ Yes   ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Steven R Goldey | _Steven R Goldey_ | 02/12/13 | | |
| Firm's name ► Steven R Goldey, C.P.A., P.A. | | | Firm's EIN ► | |
| Firm's address ► 4014 Chase Ave Suite 218 | | | | |
| Miami Beach | FL 33140 | | Phone no. (305) 534-7160 | |

BAA  For Paperwork Reduction Act Notice, see separate instructions.   SPSA0112  12/30/12   Form 1120S (2012)

Form **1120S**
U.S. Income Tax Return for an S Corporation

Department of the Treasury
Internal Revenue Service

► attaching Form 2553 to elect to be an S corporation.
► Information about Form 1120S and its separate instructions is at *www.irs.gov/form1120s*.

**2013**

| | | |
|---|---|---|
| For calendar year 2013 or tax year beginning | , 2013, ending | |

| | | | |
|---|---|---|---|
| **A** S election effective date | Name | | **D** Employer identification number |
| 01/01/06 | Jogava, Inc. | TYPE | 20-3312331 |
| **B** Business activity code number (see instrs) | Number, street, and room or suite no. If a P.O. box, see instructions. | OR | **E** Date incorporated |
| 623000 | 779 Eastward Drive | PRINT | 08/09/05 |
| **C** Check if Schedule M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code | | **F** Total assets (see instructions) |
| | Miami Springs FL 33166 | | $ 9,958. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If 'Yes,' attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☒ Address change
**(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ► 4

**Caution.** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **I N C O M E** | **1a** Gross receipts or sales. | **1a** | 132,371. | |
| | **b** Returns and allowances | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a | | **1c** | 132,371. |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 132,371. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** | |
| | **5** Other income (loss) (see instrs — att statement) | | **5** | |
| | **6** Total income (loss). Add lines 3 through 5. ► | | **6** | 132,371. |
| **D E D U C T I O N S  (SEE INSTRS)** | **7** Compensation of officers (see instructions - attach Form 1125-E). | | **7** | 16,800. |
| | **8** Salaries and wages (less employment credits) | | **8** | 11,419. |
| | **9** Repairs and maintenance | | **9** | 4,640. |
| | **10** Bad debts | | **10** | |
| | **11** Rents | | **11** | 27,400. |
| | **12** Taxes and licenses. | | **12** | 4,101. |
| | **13** Interest. | | **13** | |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | 507. |
| | **15** Depletion (Do not deduct oil and gas depletion.) | | **15** | |
| | **16** Advertising. | | **16** | 8,839. |
| | **17** Pension, profit-sharing, etc, plans | | **17** | |
| | **18** Employee benefit programs | | **18** | |
| | **19** Other deductions (attach statement) . . . . .STMT | | **19** | 74,005. |
| | **20** Total deductions. Add lines 7 through 19 ► | | **20** | 147,711. |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 | | **21** | -15,340. |

| | | | | |
|---|---|---|---|---|
| **T A X** | **22a** Excess net passive income or LIFO recapture tax (see instructions). | **22a** | | |
| | **b** Tax from Schedule D (Form 1120S) | **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes). | | **22c** | |
| **A N D** | **23a** 2013 estimated tax payments and 2012 overpayment credited to 2013 | **23a** | | |
| | **b** Tax deposited with Form 7004 | **23b** | | |
| **P A Y M E N T S** | **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| | **d** Add lines 23a through 23c | | **23d** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | | **24** | |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | **25** | |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| | **27** Enter amount from line 26 Credited to 2014 estimated tax ► Refunded ► | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| ► Signature of officer | Date | ► President Title |
|---|---|---|

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed ☐ | PTIN |
|---|---|---|---|---|
| Steven R Goldey | Steven R Goldey | 04/02/14 | | |
| Firm's name ► Steven R Goldey, C.P.A., P.A. | | | Firm's EIN ► | |
| Firm's address ► 4014 Chase Ave, Suite 218 | | | | |
| Miami Beach FL 33140 | | | Phone no. | (305) 534-7160 |

BAA For Paperwork Reduction Act Notice, see separate instructions.

SPSA0112 01/15/14

Form 1120S (2013)