| Form **1120S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0130 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.<br>► See separate instructions. | **2009** |

For calendar year 2009 or tax year beginning _____, 2009, ending _____

| | | |
|---|---|---|
| **A** S election effective date<br>11/12/08 | Use IRS label. Other-wise, print or type. | **D** Employer identification number |
| **B** Business activity code number (see instrs)<br>623000 | Name: **Gajova, Inc.**<br>Number, street, and room or suite no. If a P.O. box, see instructions.<br>**12732 SW 93rd Street**<br>City or town, state, and ZIP code<br>**Miami      FL 33186** | **E** Date incorporated<br>**11/12/08**<br>**F** Total assets (see instructions)<br>$ **26,138.** |
| **C** Check if Sch M-3 attached ☐ | | |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If 'Yes,' attach Form 2553 if not previously filed

**H** Check if: (1) ☐ Final return   (2) ☐ Name change   (3) ☐ Address change
(4) ☐ Amended return   (5) ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ► **2**

Caution. Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**INCOME**

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales .. 65,165.   b Less returns and allowances .. _____   c Bal ► | 1c | 65,165. |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 65,165. |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (attach statement) | 5 | |
| 6 | Total income (loss). Add lines 3 through 5 ► | 6 | 65,165. |

**DEDUCTIONS (SEE INSTRS)**

| | | | |
|---|---|---|---|
| 7 | Compensation of officers | 7 | 12,250. |
| 8 | Salaries and wages (less employment credits) | 8 | 11,795. |
| 9 | Repairs and maintenance | 9 | 2,361. |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | |
| 12 | Taxes and licenses | 12 | 9,756. |
| 13 | Interest | 13 | |
| 14 | Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | 14 | |
| 15 | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| 16 | Advertising | 16 | 1,200. |
| 17 | Pension, profit-sharing, etc, plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement) ...*..STMT | 19 | 40,427. |
| 20 | Total deductions. Add lines 7 through 19 ► | 20 | 77,789. |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 21 | -12,624. |

**TAX AND PAYMENTS**

| | | | |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a | 2009 estimated tax payments and 2008 overpayment credited to 2009 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Add lines 23a through 23c | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | 24 | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26 Credited to 2010 estimated tax ►  Refunded ► | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: [signed]   Date: 03/03/10   Title: **President**

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | [signed] Steven R Goldey | Date 02/19/10 | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | Steven R Goldey, C.P.A., P.A.<br>4014 Chase Ave Suite 218<br>Miami Beach         FL 33140 | | EIN<br>Phone no. (305) 534-7160 | |

BAA   For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.   SPSA0112  12/16/09   Form **1120S** (2009)

# Form 1120S — U.S. Income Tax Return for an S Corporation

Form **1120S**
Department of the Treasury
Internal Revenue Service

► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
► See separate instructions.

OMB No. 1545-0130

**2010**

For calendar year 2010 or tax year beginning _____, 2010, ending _____

**A** S election effective date: 11/12/08
**B** Business activity code number (see instrs): 623000
**C** Check if Sch M-3 attached: ☐
**Name:** Gajova, Inc.
**Number, street, and room or suite no.:** 12732 SW 93rd Street
**City or town, state, and ZIP code:** Miami, FL 33186
**D** Employer identification number: ██-███████
**E** Date incorporated: 11/12/08
**F** Total assets: $ 8,601.

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes  ☒ No
**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year ► 2

Caution. Include *only* trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| Line | Description | Amount |
|---|---|---:|
| 1a | Gross receipts or sales | 132,226. |
| 1b | Less returns and allowances | |
| 1c | Bal | 132,226. |
| 2 | Cost of goods sold (Schedule A, line 8) | |
| 3 | Gross profit. Subtract line 2 from line 1c | 132,226. |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 5 | Other income (loss) (see instrs — att statement) | |
| 6 | Total income (loss). Add lines 3 through 5 | 132,226. |

### Deductions (See Instrs)

| Line | Description | Amount |
|---|---|---:|
| 7 | Compensation of officers | 21,960. |
| 8 | Salaries and wages (less employment credits) | |
| 9 | Repairs and maintenance | 6,201. |
| 10 | Bad debts | |
| 11 | Rents | |
| 12 | Taxes and licenses | 7,811. |
| 13 | Interest | |
| 14 | Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | |
| 15 | Depletion (Do not deduct oil and gas depletion.) | |
| 16 | Advertising | 694. |
| 17 | Pension, profit-sharing, etc, plans | |
| 18 | Employee benefit programs | |
| 19 | Other deductions (attach statement) .. * .. STMT | 88,205. |
| 20 | Total deductions. Add lines 7 through 19 | 124,871. |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 7,355. |

### Tax and Payments

| Line | Description | Amount |
|---|---|---:|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | |
| 22b | Tax from Schedule D (Form 1120S) | |
| 22c | Add lines 22a and 22b (see instructions for additional taxes) | |
| 23a | 2010 estimated tax payments and 2009 overpayment credited to 2010 | |
| 23b | Tax deposited with Form 7004 | |
| 23c | Credit for federal tax paid on fuels (attach Form 4136) | |
| 23d | Add lines 23a through 23c | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | |
| 27 | Enter amount from line 26 Credited to 2011 estimated tax ►   Refunded ► | |

**Sign Here:** Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____  Title: President

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only:**
Print/Type preparer's name: Steven R. Goldey
Preparer's signature: /s/ Steven R. Goldey
Date: 03/08/11
Check if self-employed: ☐
PTIN: ██████████
Firm's name: ► Steven R Goldey, C.P.A., P.A.
Firm's EIN ► ██-███████
Firm's address: ► 4014 Chase Ave Suite 218, Miami Beach, FL 33140
Phone no.: (305) 534-7160

BAA For Paperwork Reduction Act Notice, see separate instructions.    SPSA0112  01/18/11    Form **1120S** (2010)

# Form 1120S — U.S. Income Tax Return for an S Corporation

Department of the Treasury, Internal Revenue Service
OMB No. 1545-0130
**2011**

► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
► See separate instructions.

For calendar year 2011 or tax year beginning , 2011, ending ,

| | | |
|---|---|---|
| **A** S election effective date: 11/12/08 | Name: Gajova, Inc. | **D** Employer Identification number: [redacted] |
| **B** Business activity code number (see instrs): 623000 | Number, street, and room or suite no.: 12732 SW 93rd Street | **E** Date Incorporated: 11/12/08 |
| **C** Check if Sch M-3 attached ☐ | City or town, state, and ZIP code: Miami FL 33186 | **F** Total assets (see instructions): $ 3,129. |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  Yes ☐  No ☒  If 'Yes,' attach Form 2553 if not already filed

**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ► **2**

Caution. Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

## Income

| | | |
|---|---|---|
| 1a Merchant card and third-party payments. For 2011, enter -0- | 1a | 0. |
| b Gross receipts or sales not reported on line 1a (see instructions) | 1b | 122,690. |
| c Total. Add lines 1a and 1b | 1c | 122,690. |
| d Returns and allowances plus any other adjustments (see instructions) | 1d | |
| e Subtract line 1d from line 1c | 1e | 122,690. |
| 2 Cost of goods sold (attach Form 1125-A) | 2 | |
| 3 Gross profit. Subtract line 2 from line 1e | 3 | 122,690. |
| 4 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 4 | |
| 5 Other income (loss) (see instrs — att statement) | 5 | |
| 6 Total income (loss). Add lines 3 through 5 ► | 6 | 122,690. |

## Deductions (see instrs)

| | | |
|---|---|---|
| 7 Compensation of officers | 7 | 27,360. |
| 8 Salaries and wages (less employment credits) | 8 | |
| 9 Repairs and maintenance | 9 | 3,526. |
| 10 Bad debts | 10 | |
| 11 Rents | 11 | 18,200. |
| 12 Taxes and licenses | 12 | 5,887. |
| 13 Interest | 13 | |
| 14 Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| 15 Depletion (Do not deduct oil and gas depletion.) | 15 | |
| 16 Advertising | 16 | 1,575. |
| 17 Pension, profit-sharing, etc, plans | 17 | |
| 18 Employee benefit programs | 18 | |
| 19 Other deductions (attach statement) STMT | 19 | 75,900. |
| 20 Total deductions. Add lines 7 through 19 ► | 20 | 132,448. |
| 21 Ordinary business income (loss). Subtract line 20 from line 6 | 21 | -9,758. |

## Tax and Payments

| | | |
|---|---|---|
| 22a Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b Tax from Schedule D (Form 1120S) | 22b | |
| c Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a 2011 estimated tax payments and 2010 overpayment credited to 2011 | 23a | |
| b Tax deposited with Form 7004 | 23b | |
| c Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d Add lines 23a through 23c | 23d | |
| 24 Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | 24 | |
| 25 Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| 26 Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 Enter amount from line 26 Credited to 2012 estimated tax ►   Refunded ► | 27 | |

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ► _____  Date _____  Title: President

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

**Paid Preparer Use Only**

| | | |
|---|---|---|
| Print/Type preparer's name: Steven R. Goldey | Preparer's signature: Steven R Goldey  Date 02/04/12 | Check if self-employed ☐  PTIN: [redacted] |
| Firm's name ► Steven R Goldey, C.P.A., P.A. | | Firm's EIN ► [redacted] |
| Firm's address ► 4014 Chase Ave Suite 218, Miami Beach FL 33140 | | Phone no. (305) 534-7160 |

BAA For Paperwork Reduction Act Notice, see separate instructions.   SPSA0112 12/12/11   Form 1120S (2011)

| Form **1120S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0130 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.<br>► Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s. | **2012** |

For calendar year 2012 or tax year beginning _____, 2012, ending _____

| | | |
|---|---|---|
| **A** S election effective date<br>11/12/08 | **Name** Gajova, Inc. | **D** Employer identification number |
| **B** Business activity code number (see instrs)<br>623000 | **TYPE OR PRINT** Number, street, and room or suite no. If a P.O. box, see instructions.<br>12732 SW 93rd Street | **E** Date incorporated<br>11/12/08 |
| **C** Check if Schedule M-3 attached ☐ | City or town, state, and ZIP code<br>Miami    FL  33186 | **F** Total assets (see instructions)<br>$ 3,265. |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No  If 'Yes,' attach Form 2553 if not already filed

**H** Check if:  (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ............................. ► 2

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**INCOME**

| | | | |
|---|---|---|---|
| 1 a | Gross receipts or sales | 1a | 138,460. |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 138,460. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 138,460. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instrs — att statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 ► | 6 | 138,460. |

**DEDUCTIONS (SEE INSTRS)**

| | | | |
|---|---|---|---|
| 7 | Compensation of officers | 7 | 28,800. |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | 2,046. |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 21,600. |
| 12 | Taxes and licenses | 12 | 4,353. |
| 13 | Interest | 13 | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| 16 | Advertising | 16 | 7,590. |
| 17 | Pension, profit-sharing, etc, plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement) ...* STMT | 19 | 75,419. |
| 20 | **Total deductions.** Add lines 7 through 19 ► | 20 | 139,808. |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 21 | -1,348. |

**TAX AND PAYMENTS**

| | | | |
|---|---|---|---|
| 22 a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23 a | 2012 estimated tax payments and 2011 overpayment credited to 2012 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Add lines 23a through 23c | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | 24 | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26 Credited to 2013 estimated tax ►   Refunded ► | 27 | |

**Sign Here**  Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: [signed]  Date: 3/1/13  Title: President

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

**Paid Preparer Use Only**
- Print/Type preparer's name: Steven R. Goldey, C.P.A.
- Preparer's signature: [signed]
- Date: 02/11/13
- Check if self-employed ☐
- PTIN: [redacted]
- Firm's name ► Steven R Goldey, C.P.A., P.A.
- Firm's EIN ► [redacted]
- Firm's address ► 4014 Chase Ave Suite 218, Miami Beach   FL   33140
- Phone no. (305) 534-7160

BAA For Paperwork Reduction Act Notice, see separate instructions.   SPSA0112  12/30/12   Form **1120S** (2012)

# Form 1120S — U.S. Income Tax Return for an S Corporation

Department of the Treasury — Internal Revenue Service

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s.

**2013**

For calendar year 2013 or tax year beginning _____, ending _____

| | | |
|---|---|---|
| A S election effective date | 11/12/08 | |
| B Business activity code number (see instructions) | 623000 | |
| Check if Sch. M-3 attached | ☐ | |
| TYPE OR PRINT | Name: GAJOVA INC / SUNSET GARDENS III<br>Number, street, and room or suite no.: 779 EASTWARD DRIVE<br>City or town, state or province, country, and ZIP or foreign postal code: MIAMI SPRINGS  FL  33166 | D Employer Identification number: [redacted]<br>E Date incorporated: 11/12/2008<br>F Total assets (see instructions): $ 6,125 |

Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes  ☒ No  If "Yes," attach Form 2553 if not already filed

Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation

Enter the number of shareholders who were shareholders during any part of the tax year ▶ 1

Caution. Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

## Income

| Line | Description | Amount | Total |
|---|---|---|---|
| 1a | Gross receipts or sales | 129,575 | |
| 1b | Returns and allowances | | |
| 1c | Balance. Subtract line 1b from line 1a | | 129,575 |
| 2 | Cost of goods sold (attach Form 1125-A) | | |
| 3 | Gross profit. Subtract line 2 from line 1c | | 129,575 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | |
| 5 | Other income (loss) (see instructions—attach statement) | | |
| 6 | Total income (loss). Add lines 3 through 5 ▶ | | 129,575 |

## Deductions (see instructions for limitations)

| Line | Description | Amount |
|---|---|---|
| 7 | Compensation of officers (see instructions–attach Form 1125-E) | 7,200 |
| 8 | Salaries and wages (less employment credits) | 19,200 |
| 9 | Repairs and maintenance | 11,681 |
| 10 | Bad debts | |
| 11 | Rents | 35,863 |
| 12 | Taxes and licenses | 7,785 |
| 13 | Interest | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | |
| 15 | Depletion (Do not deduct oil and gas depletion.) | |
| 16 | Advertising | |
| 17 | Pension, profit-sharing, etc., plans | |
| 18 | Employee benefit programs | |
| 19 | Other deductions (attach statement)  See Stmt 1 | 55,524 |
| 20 | Total deductions. Add lines 7 through 19 ▶ | 137,253 |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | -7,678 |

## Tax and Payments

| Line | Description | Amount |
|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | |
| 22b | Tax from Schedule D (Form 1120S) | |
| 22c | Add lines 22a and 22b (see instructions for additional taxes) | |
| 23a | 2013 estimated tax payments and 2012 overpayment credited to 2013 | |
| 23b | Tax deposited with Form 7004 | |
| 23c | Credit for federal tax paid on fuels (attach Form 4136) | |
| 23d | Add lines 23a through 23c | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | |
| 27 | Enter amount from line 26 Credited to 2014 estimated tax ▶ _____  Refunded ▶ | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: JORGE VALLE  Date: _____  Title: _____

May the IRS discuss this return with the preparer shown below (see instructions)?  ☐ Yes  ☐ No

## Paid Preparer Use Only

| | |
|---|---|
| Print/Type preparer's name: PETER Z. PETR | Preparer's signature: PETER Z. PETER |
| Date: 03/24/14 | Check ☐ if self-employed |
| PTIN: | |
| Firm's name ▶ FERNANDEZ, PETR & ASSOCIATES, P.A. | Firm's EIN ▶ [redacted] |
| Firm's address ▶ 5785-B NW 151ST STREET  MIAMI LAKES, FL  33014 | Phone no. 305-819-1942 |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1120S** (2013)

DAA