IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

IN RE:  FAMILY DIVISION

Nidia Valle
    Petitioner,

CASE NO. 2011-010358-FC-04
Section: 01

and

**ORDER SETTING UNCONTESTED FINAL HEARING**

Jorge Valle
    Respondent.

**PROPER COURTROOM ATTIRE REQUIRED**

_____/

    **THIS CAUSE** has come up for review by the undersigned Judge It appears that this is an uncontested matter and should be scheduled for a final hearing.

    In view of the foregoing, this cause is now scheduled for final hearing on **May 02, 2011 at 9:30 AM** before the undersigned Judge **IVAN F. FERNANDEZ** at the Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, **CHC Courtroom 28-A**, Miami, Florida.

    **FAILURE TO APPEAR COULD RESULT IN A DISMISSAL OF THIS ACTION. PLEASE ACT ACCORDINGLY.**

    DONE and ORDERED in Chambers at Miami-Dade County, Florida, on this the ____ day of _____ APR 1 2 2011 , 20____.

IVAN F. FERNANDEZ
CIRCUIT COURT JUDGE

Copies furnished to:
Nidia Valle    10441 SW 118th CT  Miami FL  33186

Jorge Valle    779 Eastward DR  Miami Spgs FL  33166

A court reporter is not required in the Uncontested Final Hearings. However, the usage of a court reporter's services is designed to protect the rights of all involved in the family court proceeding and it is especially important when there are children and/or property rights that are being determined in a case. If you wish to have a record of the proceeding you may arrange in advance at your own expense for a court reporter to appear at the hearing or you may utilize the services of the available pool court reporter for a $15.00 court reporter fee.

You must also bring to the final hearing a valid Florida Driver's License, Florida Identification Card, or Voter's Registration Card issued at least SIX (6) MONTHS PRIOR TO THE DATE YOU FILED YOUR CASE, or in the alternative, a witness who can testify that you have been a Florida resident for at least SIX (6) MONTHS PRIOR TO THE DATE YOU FILED YOUR CASE.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

Form QQ

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY,
FLORIDA

FAMILY DIVISION

IN RE: THE MARRIAGE OF:

__Nidia Valle__,
Petitioner,

and

CASE NO.: 11-4210 FC

__Jorge Valle__,
Respondent.

_____/

**MARITAL SETTLEMENT AGREEMENT**
**FOR DISSOLUTION OF MARRIAGE**
(with property or debts)

THIS AGREEMENT, made this 22nd Day of MARCH, 20 11 by and between {Wife's full name} __Nidia Valle__ (hereinafter referred to as "Wife"), a resident of Miami-Dade County, Florida and {Husband's full name} __Jorge Valle__, (hereinafter referred to as "Husband"), resident of Miami-Dade County, Florida;

Marital Settlement Agreement                    1 of 6

Form QQ

**WITNESSETH:**

**WHEREAS,** the parties were duly married on *{date}* 2/15/83 in *{city, state}* MIAMI, FLORIDA;

**WHEREAS,** irreconcilable differences have arisen between Husband and Wife so that the marriage is irretrievably broken and dissolution of marriage proceedings are pending between the parties;

**WHEREAS,** the parties desire to define their obligations to each other and record their agreements;

**WHEREAS,** each of the parties believes the Agreement to be fair, just and reasonable and does assent freely and voluntarily to its terms and accept its conditions, obligations, and mutual agreements; and

Marital Settlement Agreement          2 of 6

The Family Court Self-Help Program
Self Help File No.: 114210   Receipt & Packet No.:114691DPA
Printed on:3/8/2011 12:37:05 PM

Form QQ

· 50% of COCA COLA, ALTRIA, Phillips Morris, KRAFT, Johnson and Johnson, and MERCK Stocks belong to Jorge Valle. The other 50% to our sons Jonaton Valle and Gabriel Valle.

**THEREFORE**, it is agreed between the Husband and Wife as follows:

1. **DIVISION OF POSSESSIONS** We divide our possessions as follows:

   a. The Husband will keep the following belongings: at 12732 SW 93rd Street, in the property located Miami, Florida 33186.
   50% ownership interest
   100% of Lot located in LAS SIERRITAS, MANAGUA, NICARAGUA.
   100% of 3 Lots located in Azuchillo, Villa El Carmen, NICARAGUA.
   100% of GAJOVA, INC.
   50% of the Home Goods Assets belong to Husband. The other 50% to our sons Jonaton Valle and Gabriel Valle.

   b. The Wife will keep the following belongings: at 12732 SW 93rd Street,
   50% ownership interest in the property located Miami, Florida 33186, as security for the sum of Eighty Thousand Dollars ($80,000) which Husband agrees to pay to wife by April 1, 2014. The $80,000 represents wife investment in this property from a parental bequest, and upon Husband's payment of this sum by the Due Date, wife agrees to execute a Quit Claim deed in favor of Husband.
   100% of JOGAVA, INC.

2. **DIVISION OF DEBTS AND OBLIGATIONS** We divide our debts and obligations as follows:

   a. The Husband shall pay and be responsible for the following obligations:
   VISA — 4246 3151 6513 7892 — $6,300.

   b. The Wife shall pay and be responsible for the following obligations:
   VISA — 5418 2260 2193 1312 — $2,200.
   MACYS — 4308 5130 9463 4469 — $500.
   NORDSTROM 3041 999 23 $150

Marital Settlement Agreement                     3 of 6

Form QQ

3. **MARITAL HOME**  The parties own a marital home located at _____ and _____ legally described as follows:

   _____
   _____
   _____
   _____
   _____

   The parties agree to distribute the marital home as follows [√ **one only**]:

   a. ____  The ____ Wife/ ____ Husband shall have exclusive use and possession of the marital home.

   b. ____  The home shall be sold and the proceeds shall be divided as follows:
   _____
   _____

   c. ____  Sole legal ownership of the marital home shall be awarded to {name} _____. The party responsible for the mortgage, taxes and maintenance of the marital home shall be {name} _____.

4. **ALIMONY**  The parties agree to the following:

   a. ☒  Both parties give up their rights to any alimony from the other party.

   b. ☐  The ☐ Husband / ☐ Wife shall pay the following alimony to the other party, with the first alimony payment being due on _____.

       i. ☐  Permanent periodic in the amount of $ _____

       ii. ☐  Rehabilitative in the amount of $ _____; Such alimony shall be for the following period and for the following purpose: _____
   _____
   _____

       iii. ☐  Lump sum in the amount of $ _____ and to be paid by {date} _____.

   c. ☐  Other: _____
   _____

Marital Settlement Agreement      4 of 6

Form QQ

d. The Alimony shall be paid directly to Payee until the entry of the Final Judgment. Thereafter, the alimony payments shall be paid to the Central Depository and by Income Deduction. Whenever an alimony payment is not automatically deducted from the Payor's income, the Payor shall be personally responsible for making the alimony payment directly to the Payee prior to the entry of the Final Judgment and directly to the Central Depository after the entry of the Final Judgment.

e. The Central Depository fee for that service shall be paid as follows:

(choose one box)

    i. ☐ By the Payor

    ii. ☐ By the Payee

    iii. ☐ Shared as follows: _____

f. ☐ The parties agree that there are alimony arrears due and owing in the amount of $_____ as of _____. The arrears are to be paid as follows: _____

_____ with the first arrears payment being due on _____.

5. **OTHER** The parties agree to the following additional provisions: _____
_____
_____
_____
_____
_____

I certify that I have been open and honest in entering into this marital settlement agreement. I am satisfied with this agreement and intend to be bound by it.

Dated: 3/22/11

Husband's Signature: _Jorge Valle_ 3/22/11
Printed Name: JORGE VALLE
Street Address: 779 EASTWARD DR.
City, State, Zip: MIAMI SPRINGS, FL 33166
Telephone No.: 786 277 5929
Fax Number: _____

STATE OF FLORIDA)
COUNTY OF MIAMI-DADE)

Sworn to or affirmed and signed before me on March 22, 2011 by JORGE VALLE.

_Merlyn Agostini_
NOTARY PUBLIC or DEPUTY CLERK

____ Personally known
✓ Produced identification: FLORIDA DRIVER'S LICENSE

M Agostini 3/22/2011
MERLYN AGOSTINI
MY COMMISSION # DD 907278
EXPIRES: August 7, 2013
Bonded Thru Budget Notary Services

Marital Settlement Agreement      5 of 6

Form QQ

I certify that I have been open and honest in entering into this marital settlement agreement. I am satisfied with this agreement and intend to be bound by it.

Dated: 3/22/11

Wife's Signature: *Nia Valle*
Printed Name: Nidia Valle
Street Address: 10441 SW 118 Ct
City, State, Zip: Miami, FL 33186
Telephone No.: 786 356 1331
Fax Number: 305 596 9793

STATE OF FLORIDA)
COUNTY OF MIAMI-DADE)

Sworn to or affirmed and signed before me on MARCH 22, 2011 by NIDIA VALLE.

*Merlyn Agostini*
NOTARY PUBLIC or DEPUTY CLERK

___ Personally known
✓ Produced identification: FLORIDA DRIVER'S LICENSE

MAgostini 3/22/2011
MERLYN AGOSTINI
MY COMMISSION # DD 907278
EXPIRES: August 7, 2013
Bonded Thru Budget Notary Services

Marital Settlement Agreement                6 of 6

The Family Court Self-Help Program
Self Help File No.: 114210   Receipt & Packet No.:114691DPA
Printed on:3/8/2011 12:37:05 PM