May 13, 2013

RE: change of ownership/ due to a divorce.

Mrs. Frazier:

As per our telephone conversation this morning in order to avoid any penalty due to change of ownership, I am sending you copy of the divorce settlement, which stated the following.

**100% of JOGAVA INC,** doc # P05000111028 belongs to Nidia Valle and

**100% of GAJOVA INC,** doc # P08000100868 belongs to Jorge Valle

I would not do any change in the Corporation until I receive an approval from AHCA.

If you have any question, Please do not hesitate to call me at 786-356-1331 or to my e-mail: nivarvalle@hotmail.com

Regards,

*[signature: Nid Valle]*

Nidia Valle