## SUNSET GARDENS II

**Street Address**

11173 SW 112 TERRACE
MIAMI, FL 33176

**Mailing Address**

11173 SW 112 TERRACE
MIAMI, FL 33176
Phone: (305) 254-1884
County: Miami-Dade

**Emergency Actions:**

None

**AHCA Reports:**

Inspection Reports

Facility/Provider Type: Assisted Living Facility
Administrator: NIDIA VALLE
Owner: JOGAVA, INC
Owner Since: 2/23/2007
Profit Status: For-Profit
Licensed Beds: 6
    Bed Types:
        Extended Congregate Care : 0
        Optional State Supplement : 6
        Private : 0
AHCA Number (File Number): 11966846
AHCA Region: 11
License Number: 10974
Current License Effective: 2/23/2013
License Expires: 2/22/2015
License Status: ACTIVE

**Services/Characteristics:**

| | |
|---|---|
| Medicaid Services : | Assistive Care Services, Assisted Living Waiver |
| Specialty License : | Limited Nursing Services |