# OFFICE OF THE PROPERTY APPRAISER

## Detailed Report

Generated On : 4/13/2015

| Property Information | |
|---|---|
| Folio: | 30-5007-014-0540 |
| Property Address: | 11173 SW 112 TER |
| Owner | ILEANA RE MOLINA TRS<br>ILEANA RE MOLINA REVOCABLE TR |
| Mailing Address | 14529 SW 171 TER<br>MIAMI , FL 33177 |
| Primary Zone | 0100 SINGLE FAMILY - GENERAL |
| Primary Land Use | 0101 RESIDENTIAL - SINGLE FAMILY : 1 UNIT |
| Beds / Baths / Half | 3 / 2 / 0 |
| Floors | 1 |
| Living Units | 1 |
| Actual Area | 2,749 Sq.Ft |
| Living Area | 2,200 Sq.Ft |
| Adjusted Area | 2,455 Sq.Ft |
| Lot Size | 8,190 Sq.Ft |
| Year Built | 1977 |

| Assessment Information | | | |
|---|---|---|---|
| Year | 2014 | 2013 | 2012 |
| Land Value | $101,940 | $81,315 | $75,690 |
| Building Value | $134,179 | $135,291 | $139,326 |
| XF Value | $21,535 | $21,836 | $26,842 |
| Market Value | $257,654 | $238,442 | $241,858 |
| Assessed Value | $257,654 | $238,442 | $241,858 |

| Benefits Information | | | | |
|---|---|---|---|---|
| Benefit | Type | 2014 | 2013 | 2012 |
| Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional). | | | | |



| Taxable Value Information | | | |
|---|---|---|---|
| | 2014 | 2013 | 2012 |
| **County** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $257,654 | $238,442 | $241,858 |
| **School Board** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $257,654 | $238,442 | $241,858 |
| **City** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $0 | $0 | $0 |
| **Regional** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $257,654 | $238,442 | $241,858 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

# OFFICE OF THE PROPERTY APPRAISER

## Detailed Report

Generated On : 4/13/2015

| Property Information | |
|---|---|
| Folio: | 30-5902-004-0220 |
| Property Address: | 12732 SW 93 ST |
| Owner | JORGE VALLE &W NIDIA VALLE |
| Mailing Address | 12732 SW 93 ST MIAMI , FL 33186 |
| Primary Zone | 0100 SINGLE FAMILY - GENERAL |
| Primary Land Use | 0101 RESIDENTIAL - SINGLE FAMILY : 1 UNIT |
| Beds / Baths / Half | 4 / 2 / 1 |
| Floors | 1 |
| Living Units | 1 |
| Actual Area | Sq.Ft |
| Living Area | Sq.Ft |
| Adjusted Area | 2,474 Sq.Ft |
| Lot Size | 9,249 Sq.Ft |
| Year Built | 1977 |

| Assessment Information | | | |
|---|---|---|---|
| Year | 2014 | 2013 | 2012 |
| Land Value | $83,745 | $75,370 | $66,996 |
| Building Value | $144,209 | $125,246 | $139,608 |
| XF Value | $23,247 | $23,531 | $26,823 |
| Market Value | $251,201 | $224,147 | $233,427 |
| Assessed Value | $246,561 | $224,147 | $232,845 |

| Benefits Information | | | | |
|---|---|---|---|---|
| Benefit | Type | 2014 | 2013 | 2012 |
| Save Our Homes Cap | Assessment Reduction | | | $582 |
| Non-Homestead Cap | Assessment Reduction | $4,640 | | |
| Homestead | Exemption | | | $25,000 |
| Second Homestead | Exemption | | | $25,000 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).



| Taxable Value Information | | | |
|---|---|---|---|
| | 2014 | 2013 | 2012 |
| County | | | |
| Exemption Value | $0 | $0 | $50,000 |
| Taxable Value | $246,561 | $224,147 | $182,845 |
| School Board | | | |
| Exemption Value | $0 | $0 | $25,000 |
| Taxable Value | $251,201 | $224,147 | $207,845 |
| City | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $0 | $0 | $0 |
| Regional | | | |
| Exemption Value | $0 | $0 | $50,000 |
| Taxable Value | $246,561 | $224,147 | $182,845 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version: