# SUNSET GARDENS III

**Street Address**

12732 SW 93RD STREET
MIAMI, FL 33186
Phone: (786) 277-5929
County: Miami-Dade

**Mailing Address**

12732 SW 93RD STREET
MIAMI, FL 33186
Phone: (786) 277-5929
County: Miami-Dade

**Emergency Actions:**

None

**AHCA Reports:**

Inspection Reports
Inspection Details

Facility/Provider Type: Assisted Living Facility
Administrator: LADISBEL HERNANDEZ
Owner: GAJOVA INC
Owner Since: 2/2/2009
Profit Status: For-Profit
Licensed Beds: 6
   Bed Types:
      Optional State Supplement : 6
      Private : 0
AHCA Number (File Number): 11967529
AHCA Region: **11**
License Number: 11982
Current License Effective: 4/7/2015
License Expires: 4/6/2017
License Status: LICENSED

### Services/Characteristics:

Medicaid Services :    Assistive Care Services, Assisted Living Waiver

Community Residential Home

Please be advised that local zoning authorities may have additional restrictions or requirements not under the jurisdiction of the Agency for Health Care Administration. Contact your local zoning authorities for any specific requirements. See also **419.001 F.S.**

### Legal Actions

| Date Imposed | Case # | Case Type | Violation | Fine Amount |
|---|---|---|---|---|
| 09/19/2011 | 2010010735 | Fine | Licensure | $100.00 |

The legal actions displayed are issued for the licensee of the facility/provider at the time the case was
initiated. If a change of licensee has occurred, "owner since" represents the date the current licensee began.
The Final Order displays the name of the appropriate licensee.

