# SUNSET GARDENS II

**Street Address**

11173 SW 112 TERRACE
MIAMI, FL 33176
Phone: (305) 254-1884
County: Miami-Dade

Facility/Provider Type: Assisted Living Facility
Owner: JOGAVA, INC
AHCA Number (File Number): 11966846
License Number: 10974
License Status: VOL CLOSURE
Closed Date: 2/5/2014

**Emergency Actions:**

None

**AHCA Reports:**

Inspection Reports
Inspection Details

**Legal Actions**

| Date Imposed | Case # | Case Type | Violation | Fine Amount |
|---|---|---|---|---|
| 08/11/2014 | 2014001443 | Fine | Survey | $2,000.00 |

The legal actions displayed are issued for the licensee of the facility/provider at the time the case was initiated. If a change of licensee has occurred, "owner since" represents the date the current licensee began. The Final Order displays the name of the appropriate licensee.

