UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-21795-CV-SIMONTON

[CONSENT CASE]

FATIMA DEL SOCORRO MARIN JIRON, et al.

   Plaintiff,

v.

GAJOVA, INC. d/b/a SUNSET GARDENS
III, JORGE E. VALLE, et al.

   Defendants.
_____/

### AFFIDAVIT OF JORGE E. VALLE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

  Before me, the undersigned authority, personally appeared Jorge E. Valle, who, upon being duly sworn, deposed and said:

  1. My name is Jorge Valle. I make this Affidavit upon my personal knowledge. I am over 18 years of age.

  2. I am the Defendant in the above captioned matter.

  3. I am the current owner of Defendant Gajova, Inc. (Sunset III). Ladisbel Hernandez is the current administrator of Sunset III. (Exhibit 15 to SUMF[1]).

  4. My former wife, Nidia Valle, and I used to own Jogava, Inc. (Sunset II) and Gajova, Inc. (Sunset III). Upon our divorce on May 2, 2011 I became 100% owner of Gajova, Inc. (Sunset III) and Nidia Valle became 100% owner of Sunset II). (Exhibit 11 to SUMF).

---

[1] References to exhibits attached to Defendants' Statement of Undisputed Material Facts will be cited at "Exhibit Number to SUMF."

1

5. My former wife, Nidia Valle, ran the day-to-day operations of Sunset II and Sunset III from the time each business was opened until she moved permanently to Nicaragua on or about April 2013. Nidia Valle hired each employee for Sunset II and Sunset III and trained the employees. Nidia Valle set the employees' rates of pay, purchased groceries for the facilities, supervised the employees and set the daily schedules. Nidia Valle also handled the financial affairs for Sunset II and Sunset III including, but not limited to, receiving payment from residents, paying rent, applying for licenses, paying utilities, maintenance and all other details related to the financial operation of both entities.

6. From the time each business was opened until Nidia Valle moved to Nicaragua on or about April 2013, my involvement with Sunset II and Sunset III was occasional and infrequent. I only visited the locations when Nidia Valle was travelling. When Nidia Valle was traveling I would purchase groceries for Sunset II and/or Sunset III and deliver payment to the employees with funds Nidia Valle would leave for that purpose. On occasion I would mow the lawn at Sunset II and Sunset III.

7. Upon Nidia Valle's move to Nicaragua on or about April 2013, she left Lissette Torres in charge of Sunset II. I did not wish to take over Nidia Valle's duties. Therefore, I hired Ladisbel Hernandez to become the administrator of Sunset III. (Exhibit 15 to SUMF).

8. I made a $4,000.00 loan to Fatima Jiron upon her termination in May 2013.

9. Sunset II was located at 11173 SW 112 Terrace, Miami, Florida. It is a private residence, owned by "Ileana Molina Revocable Trust" and is approximately 2,749 square feet. Sunset II was licensed by the State of Florida Agency for Health Care Administration as an Assisted Living Facility. Only six residents were permitted to reside at Sunset II during all relevant times. Sunset II was closed on February 5, 2014. (Exhibits 13, 14 and 16 to SUMF)

10. Sunset III is located at 12732 SW 93rd Street, Miami, Florida. It is a private residence owned by "Jorge Valle & Nidia Valle" and is approximately 2,474 square feet. Sunset III was licensed by the State of Florida Agency for Health Care Administration as an Assisted Living Facility. Only six residents were permitted to reside at Sunset III during all relevant times. (Exhibits 14, 15 to SUMF).

11. I moved to Miami on a permanent basis on or about October 2008. Thereafter and throughout the relevant time period I ran and operated a business in Nicaragua requiring frequent travel to Nicaragua and rendering me unable to tend to the daily operations of Sunset II or Sunset III.

Affiant further sayeth not.

_____
Jorge E. Valle

County of Miami-Dade

State of Florida

Sworn to and subscribed before me this 15th day of April, 2015, by Jorge E. Valle, who is personally known to me, in Miami-Dade County, Florida.

_____
Notary Public

BLANCA R. SORDO
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE167901
Expires 6/5/2016

3