UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-21795-CIV-SIMONTON

[CONSENT CASE]

FATIMA DEL SOCORRO MARIN JIRON    )
et al.,                            )
                                   )
            Plaintiffs,            )
    vs.                            )
                                   )
GAJOVA, INC. d/b/a SUNSET GARDENS  )
III et al.,                        )
                                   )
            Defendants.            )
_____ )

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**COME NOW** Plaintiffs, by and through undersigned counsel, and state these undisputed material facts, pursuant to Fed. R. Civ. P. 56 and SDLR 56.1, and in support thereof state as follows:

1. Corporate Defendant Gajova, Inc. d/b/a Sunset Gardens III (hereinafter "Gajova") "operates" a home where "elderly residents reside." (Defs.' Gajova and Jorge Valle's Resp. to Interrogs. 7).

2. Gajova and Individual Defendant Jorge E. Valle (hereinafter "Mr. Valle") "purchased common household goods and groceries for the operation of the residence… ." (Defs.' Resp. to Interrogs. 15).

3. Plaintiff Fatima del Soccorro Marin Jiron "cooked and cleaned at Gajova's premises and helped bathe residents when necessary." (Defs.' Resp. to Interrogs. 7).

1

4. Corporate Defendant Jogava, Inc. d/b/a Sunset Gardens II (hereinafter "Jogava") "operates" a home where "elderly residents reside." (Def. Jogava's Resp. to Interrogs. 7).

5. Jogava "purchased common household goods and groceries for the operation of the residence… ." (Def. Jogava's Resp. to Interrogs. 15).

6. As an employee of Jogava, "Fatima del Socorro Marin Jiron tended to the aged and infirm… ." (D.E. 23-1).

Respectfully Submitted,

J.H. Zidell, P.A.
*Attorneys for Plaintiffs*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167

By:  /s/ Julia M. Garrett
Julia M. Garrett, Esq.
Florida Bar Number: 105151

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via CM/ECF to Blanca Rosa Sordo, Esq., Martinez & Sordo, PA, 7300 North Kendall Drive, Suite 380, Miami, Florida 33156, fax: (305) 670-7065, e-mail: blanca@martinezsordolaw.com, on April 15, 2015.

                                        J.H. Zidell, P.A.
                                        *Attorneys for Plaintiff*
                                        300 71st Street, Suite 605
                                        Miami Beach, Florida 33141
                                        Tel: (305) 865-6766
                                        Fax: (305) 865-7167

                                        By: /s/ Julia M. Garrett
                                        Julia M. Garrett, Esq.
                                        Florida Bar Number: 105151