UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-21795-CV-SIMONTON

[CONSENT CASE]

FATIMA DEL SOCORRO MARIN JIRON, et al.

        Plaintiff,
v.

GAJOVA, INC. d/b/a SUNSET GARDENS
III, JORGE E. VALLE, et al.

        Defendants.
_____/

**DEFENDANTS' OPPOSITION
TO PLAINTIFFS' STATEMENT OF MATERIAL FACTS IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

1. Defendant Gajova, Inc., d/b/a Sunset Gardens III "operates a **private house** where elderly residents reside." (Defendant Gajova, Inc., and Jorge E. Valle's Objections And Responses to Plaintiff's First Set of Interrogatories to Defendants, Paragraph 7, emphasis added.)

2. Defendants "purchased common household goods and groceries for the operation of the residence **from local grocery stores**." (Defendant Gajova, Inc., and Jorge E. Valle's Objection And Responses to Plaintiff's First Set of Interrogatories to Defendants, Paragraph 15.)

3. Undisputed.

4. Corporate Defendant Jogava, Inc., d/b/a Sunset Gardens II operates a **private house** where elderly residents reside." (Defendant Jogava, Inc.'s, Objections And Responses to Plaintiff's First Set of Interrogatories to Defendants, Paragraph 7, emphasis added.)

5.      Jogava "purchased common household goods and groceries for the operation of the residence from **local grocery stores**." (Defendant Jogava, Inc.'s, Objections And Responses to Plaintiff's First Set of Interrogatories to Defendants, Paragraph 15.)

6.      Undisputed.

## DEFENDANTS' ADDITIONAL MATERIAL FACTS

7.      Jogava, Inc. d/b/a Sunset II was located at 11173 SW 112 Terrace, Miami, Florida.  It is a private residence, titled to "Ileana Molina Revocable Trust" and is approximately 2,749 square feet. Sunset II was licensed by the State of Florida Agency for Health Care Administration as an Assisted Living Facility. Only six residents were permitted to reside at Sunset II during all relevant times.  Sunset II was closed on February 5, 2014.  (Affidavit of Jorge E. Valle and Exhibits 14 and 16 attached to Defendants' Statement of Undisputed Material Facts In Support of Defendants' Motion for Summary Judgment).

8.      Gajova, Inc., d/b/a Sunset III is located at 12732 SW 93rd Street, Miami, Florida.  It is a private residence titled to " Jorge Valle & Nidia Valle" and is approximately 2,474 square feet. Sunset III was licensed by the State of Florida Agency for Health Care Administration as an Assisted Living Facility. Only six residents were permitted to reside at Sunset III during all relevant times.  (Affidavit of Jorge Valle and Exhibits 14 and 15 attached to Defendants' Statement of Undisputed Material Facts In Support of Defendants' Motion for Summary Judgment).

9.      All Plaintiffs had similar duties throughout their employment.  Each Plaintiff described their daily routine as including helping the residents to bathe, dress and eat.  They also state they helped administer medications, cooked meals, did laundry, made beds and cleaned, played games with them and kept them company.  (Deposition of Fatima Jiron, Page 7; Deposition of Teresa

Jiron, Pages 9; 11-12; Deposition of Aracellys Jiron, Pages 8, 10; Deposition of Flor Alvarez, Pages 9-14.)

10. Aracellys Marin resided on the premises of Sunset II throughout her employment. Starting on or about July 2010 she slept in a room on the property by the pool with her boyfriend, Daniel Urbina. Nidia Valle authorized her to do so. She did not pay rent, utilities or purchase groceries. (Deposition of Aracellys Marin, Pages 11-13.)

11. Sunset II was considered the permanent residence of each of the six residents living on the premises. Each received mail and correspondence. Each received visits from family members and doctors at the premises. (Deposition of Teresa Marin, Page 15.)

12. Throughout her employment at Sunset II, Flor Alvarez resided on the premises of Sunset II with two of her daughters, Teresa and Aracellys. She felt like it was her own house. She ate from the groceries Nidia Valle purchased. (Deposition of Flor Alvarez, Pages 11, 15, 20, 24.)

13. Teresa Marin resided on the premises of Sunset II with her mother Flor and her sister Aracellys during the entire time of her employment. She did not pay rent, utilities or buy groceries. (Deposition of Teresa Marin, Pages 9, 10.)

Respectfully submitted,

By: s:/Blanca R. Sordo
Blanca R. Sordo
FBN 0196037

MARTINEZ & SORDO, P.A.
Attorneys for Defendants
7300 North Kendall Drive
Suite 380
Miami, Florida 33156
Tel (305) 670-6767
Fax (786) 472-7030
E-mail: Blanca @martinezsordolaw.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 4th day of May, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                           By: s:/Blanca R. Sordo
                                           Blanca R. Sordo

                                           MARTINEZ & SORDO, P.A.
                                           Attorneys for Defendants
                                           9350 South Dixie Highway
                                           10th Floor
                                           Miami, Florida 33156
                                           Tel (305) 671-1307
                                           Fax (786) 472-7030
                                           E-mail: Blanca @martinezsordolaw.com

**SERVICE LIST**
**Fatima Del Socorro Marin Jiron, et al. v. Gajova, Inc., et al.**
CASE NO. 13-CV-21795-CV-SIMONTON
[CONSENT CASE]
**Southern District of Florida**

J.H. Zidell, Esq.,
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami, Florida 33141
Attorney for Plaintiff
via CM/ECF

Julia M. Garrett, Esq.
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami, Florida 33141
Attorney for Plaintiff
via CM/ECF

Steven C. Fraser, Esq.
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami, Florida 33141
Attorney for Plaintiff
via CM/ECF

K. David Kelly
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami, Florida 33141
Attorney for Plaintiff
via CM/ECF