UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-21795-CIV-SIMONTON

**FATIMA DEL SCORRO MARIN JIRON,**

    Plaintiff,

v.

**GAJOVA, INC. d/b/a SUNSET**
**GARDENS III, et al.,**

    Defendants.
_____/

## ORDER RE-SETTING PRETRIAL AND TRIAL DATES

This matter is before the Court upon the Parties' Joint Proposed Pretrial Schedule, ECF No. [84].[1] Pursuant to that submission, and in consideration of the Court's schedule, the pretrial deadlines, dates for the pretrial conference and trial of this case are re-set as follows:

| | DATE | ACTION |
|---|---|---|
| By | 10/9/15 | Pretrial Stipulation.  The joint pretrial stipulation shall be filed pursuant to S.D.Fla.L.R. 16.1(e), and in accordance with paragraph 5 of the Scheduling Order. In conjunction with the joint pretrial stipulation, the parties shall file their motions in limine. |
| By | 10/9/15 | Plaintiff shall file a single, joint set of proposed jury instructions and verdict forms, with a copy provided to the chambers of the undersigned Magistrate by hand-delivery or facsimile.  The joint jury instructions shall include, in the appropriate order, each instruction as to which the parties agree, and each contested instruction proposed by either party. Following each contested instruction, the opposing |

---

[1] The Parties submitted a Joint Proposed Pretrial Schedule following a hearing before the undersigned wherein the Parties were directed to submit new pre-trial and trial dates to the Court, ECF No. [83].

            party shall state its objection and include a proposed alternative instruction, if one is sought.  Contested jury instructions should include citation of legal authority by each party to support their position, including any applicable regulations contained in the Code of Federal Regulations.

**October 23, 2015**      Pretrial conference
  **at 1:00 p.m.**

**November 9, 2015**     Specially set <u>jury</u> trial commences and is expected to
  **at 10:00 a.m.**[2]     last two to three days.

  The Parties shall adhere to all of the other directives set forth in the Court's August 5, 2014 Order Setting Pretrial and Trial Dates and Establishing Pretrial Procedures, ECF No. [51].

  **DONE AND ORDERED** at Miami, Florida, on June 25, 2015.

                   */s/ Andrea M. Simonton*
                   **ANDREA M. SIMONTON**
                   **UNITED STATES MAGISTRATE JUDGE**

**Copies furnished to:**
**All counsel of record**

---

[2] Although the Parties requested that the trial be held on November 9, 2015 through November 11, 2015, the Court notes that Wednesday, November 11, 2015, is a federal holiday and thus the Parties shall be prepared to resume trial on Thursday November 12, 2015, if necessary.