UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-21795-CIV-SIMONTON

[CONSENT CASE]

FATIMA DEL SOCORRO MARIN JIRON )
et al., )
 )
       Plaintiffs, )
vs. )
 )
GAJOVA, INC. d/b/a SUNSET GARDENS )
III et al., )
 )
       Defendants. )
_____ )

## ORDER GRANTING THE PARTIES' JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL DOCUMENTS

THIS MATTER is before the Court upon the parties' Joint Motion for Enlargement of Time to File Pretrial Documents [D.E. 87], filed on October 9, 2015.

The Court, having reviewed the Motion and being advised fully in the premises, hereby ORDERS and ADJUDGES as follows:

1. The parties' Joint Motion for Enlargement of Time to File Pretrial Documents is GRANTED;

2. The parties are granted up to and including October 16, 2015 to file their Joint Pretrial Stipulation with accompanying Witness Lists and Exhibit Lists, jointly filed proposed Jury Instructions, and proposed Jury Verdict Forms.

DONE and ORDERED in chambers at Miami, Florida, this 14th day of October, 2015.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record