# United States District Court

## SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

| | |
|---|---|
| FATIMA DEL SOCORRO MARIN JIRON et al.,<br><br>　　　　Plaintiffs,<br>vs.<br><br>GAJOVA, INC. d/b/a SUNSET GARDENS III et al.,<br>　　　　Defendants. | DEFENDANTS' EXHIBIT LIST<br><br>CASE NO.: 13-21795-CIV-<br><br>SIMONTON [CONSENT CASE] |

| PRESIDING JUDGE<br>THE HONORABLE MAGISTRATE JUDGE ANDREA SIMONTON | PLAINTIFF'S ATTORNEY<br>J.H. Zidell, Esq.<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | DEFENDANT'S ATTORNEY<br>Blanca R. Sordo, Esq.<br>Martinez & Sordo,<br>P.A. 7300 N. Kendal<br>Dr. Suite 380<br>Miami, FL 33156<br>Tel (305) 670-6767 |
|---|---|---|
| TRIAL DATE(S)<br>November 9, 2015 | | |

| PLF. NO. | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS and PLAINTIFFS' Objections |
|---|---|---|---|---|---|
| 1 | | | | | Defendant Jogava, Inc.'s tax returns for all relevant years. |
| 2 | | | | | Defendant Gajova Inc.'s tax returns for all relevant years. |
| 3 | | | | | Death Certificate of Nidia Valle. |
| 4 | | | | | Letter by Nidia Valle to AHCA dated May 13, 2013. |
| 5 | | | | | Final Judgment of Dissolution of Marriage dated May 2, 2011. |
| 6 | | | | | Staffing Pattern. |
| 7 | | | | | State of Florida Licenses to Sunset Gardens II. |
| 8 | | | | | Declaration of Nidia Valle dated July 10, 2013. |
| 9 | | | | | U.S. Passport of Jorge Valle. |
| 10 | | | | | Articles of Amendment of Jogava, Inc. dated December 11, 2006. |
| 11 | | | | | Sunset Gardens III Profit and Loss Ledger. |
| 12 | | | | | Promissory Note to Maria E. Valle. |
| 13 | | | | | Defendant Gajova, Inc.'s Fl. Dept.of Revenue Employer's Quarterly Tax Rep. |
| 14 | | | | | Defendant Gajova, Inc.'s Employer's Annual Federal Unemployment Tax. |
| 15 | | | | | Sunset Gardens II Profit and Loss Ledger. |
| 16 | | | | | Telefax from Nidia Valle to Steven Godley regarding Payroll Report. |
| 17 | | | | | Defendant Jogava, Inc.'s Employer's Quarterly Federal Tax Return. |
| 18 | | | | | Defendant Jogava, Inc.'s Fl. Dept. of Revenue Employer's Quarterly Tax Rep. |
| 19 | | | | | Job Description – Care Taker, signed by Flor Marin June 17, 2007. |

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

| | |
|---|---|
| FATIMA DEL SOCORRO MARIN JIRON et al., <br><br> Plaintiffs, <br> vs. <br><br> GAJOVA, INC. d/b/a SUNSET GARDENS III et al., <br><br> Defendants. | DEFENDANTS' WITNESS LIST <br><br> CASE NO.: 13-21795-CIV- <br><br> SIMONTON [CONSENT CASE] |

| PRESIDING JUDGE <br> THE HONORABLE MAGISTRATE JUDGE ANDREA SIMONTON | PLAINTIFF'S ATTORNEY <br> J.H. Zidell, Esq. <br> J.H. Zidell P.A. <br> 300 71st Street <br> Suite 605 <br> Miami Beach, Florida 33141 | DEFENDANT'S ATTORNEY <br> Blanca R. Sordo, Esq. <br> Martinez & Sordo, <br> P.A. 7300 N. Kendal <br> Dr. Suite 380 <br> Miami, FL 33156 <br> Tel (305) 670-6767 |
|---|---|---|
| TRIAL DATE(S) <br> November 9, 2015 | | |

| PLF. NO. | DEF NO | DATE OFFERED | MARKED | ADMITTED | |
|---|---|---|---|---|---|
| 1 | | | | | Jorge Valle, c/o Martinez & Sordo, P.A. |
| 2 | | | | | Ladisbel Hernandez, 2225 SW 58th Ct. Miami, Fl 33155 |
| 3 | | | | | Marta Salas, 25321 SW 127th Ave., Princeton, Fl 33032 |
| 4 | | | | | Steven R. Goldey, CPA. PA, 4014 Chace Ave. Ste. 218, Miami Beach, Fl |
| 5 | | | | | Lisset Torres, c/o Martinez & Sordo, P.A. |
| 6 | | | | | All Plaintiffs. |
| 7 | | | | | All witnesses listed by Plaintiffs. |
| 8 | | | | | Any rebuttal witnesses. |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |

Page 1 of 1